| Statement of Earnings For: | **JEFFREY WU** | | | | | **HONG KONG SUPERMARKET OF PA** | |
|---|---|---|---|---|---|---|---|
| Employee #: 0163 | Department 0000 | | Period Begin: 6/21/2020 | Check Date: 7/7/2020 | | 571 ADAMS AVE | |
| Clock Number: | | | Period End: 6/27/2020 | Pay Type: Salary | | PHILADELPHIA, PA 19124 | |
| SSN: XXX-XX-6488 | Federal Filing: Married | | Exemptions: 5 | Additional Tax: | | 718-821-9888 | |
| Company Id: HK | State Filing: Married | | Exemptions: 5 | Additional Tax: | | | |
| **Check Number** | **Check Amount** | **Gross Pay** | | **Net Pay** | | **Check Message** | |
| 34063 | $1,485.31 | $1,900.00 | | $1,485.31 | | | |

| EARNINGS | | | | *Not Included in Totals | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | | 0.00 | 1,900.00 | 0.00 | 15,200.00 | SOC SEC EE | 117.80 | 942.40 | | | |
| | | | | | | MED EE | 27.55 | 220.40 | | | |
| | | | | | | FEDERAL WH | 143.33 | 1,146.64 | | | |
| | | | | | | PA WH | 58.33 | 466.64 | | | |
| | | | | | | PHILADELPHIA | 66.54 | 525.11 | | | |
| | | | | | | PA SUI EE | 1.14 | 9.12 | | | |
| **Total:** | | 0.00 | 1,900.00 | 0.00 | 15,200.00 | **Total:** | 414.69 | 3,310.31 | **Total:** | 0.00 | 0.00 |

| CURRENT PERIOD LEAVE ACCRUAL | DISTRIBUTION OF NET PAY |
|---|---|
| | |

HONG KONG SUPERMARKET OF PA
571 ADAMS AVE
PHILADELPHIA, PA 19124
718-821-9888

| CHECK DATE | CHECK NUMBER |
|---|---|
| 7/7/2020 | 34063 |

| CHECK AMOUNT |
|---|
| ******$1,485.31 |

0163 0000
**JEFFREY WU**
60 OVERLOOK ROAD
LOCUST VALLEY, NY 11560

**NOT NEGOTIABLE**

| Statement of Earnings For: | **JEFFREY WU** | | | | | | HONG KONG SUPERMARKET OF PA | | |
|---|---|---|---|---|---|---|---|---|---|
| Employee #: 0163 | Department 0000 | | Period Begin: 6/14/2020 | | Check Date: 6/26/2020 | | 571 ADAMS AVE | | |
| Clock Number: | | | Period End: 6/20/2020 | | Pay Type: Salary | | PHILADELPHIA, PA 19124 | | |
| SSN: XXX-XX-6488 | Federal Filing: Married | | Exemptions: 5 | | Additional Tax: | | 718-821-9888 | | |
| Company Id: HK | State Filing: Married | | Exemptions: 5 | | Additional Tax: | | | | |

| Check Number | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| 34032 | $1,486.34 | $1,900.00 | $1,486.34 | |

| EARNINGS | | | | *Not included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | | 0.00 | 1,900.00 | 0.00 | 13,300.00 | SOC SEC EE | 117.80 | 824.60 | | | |
| | | | | | | MED EE | 27.55 | 192.85 | | | |
| | | | | | | FEDERAL WH | 143.33 | 1,003.31 | | | |
| | | | | | | PA WH | 58.33 | 408.31 | | | |
| | | | | | | PHILADELPHIA | 65.51 | 458.57 | | | |
| | | | | | | PA SUI EE | 1.14 | 7.98 | | | |
| **Total:** | | 0.00 | 1,900.00 | 0.00 | 13,300.00 | **Total:** | 413.66 | 2,895.62 | **Total:** | 0.00 | 0.00 |

**CURRENT PERIOD LEAVE ACCRUAL**

**DISTRIBUTION OF NET PAY**

---

HONG KONG SUPERMARKET OF PA
571 ADAMS AVE
PHILADELPHIA, PA 19124
718-821-9888

| CHECK DATE | CHECK NUMBER |
|---|---|
| 6/26/2020 | 34032 |

| CHECK AMOUNT |
|---|
| ******$1,486.34 |

0163 0000
**JEFFREY WU**
60 OVERLOOK ROAD
LOCUST VALLEY, NY 11560

**NOT NEGOTIABLE**

| Statement of Earnings For: | **JEFFREY WU** | | | | | | **HONG KONG SUPERMARKET OF PA** | |
|---|---|---|---|---|---|---|---|---|
| Employee #: 0163 | | Department 0000 | | Period Begin: 6/7/2020 | | Check Date: 6/19/2020 | 571 ADAMS AVE | |
| Clock Number: | | | | Period End: 6/13/2020 | | Pay Type: Salary | PHILADELPHIA, PA 19124 | |
| SSN: XXX-XX-6488 | | Federal Filing: Married | | Exemptions: 5 | | Additional Tax: | 718-821-9888 | |
| Company Id: HK | | State Filing: Married | | Exemptions: 5 | | Additional Tax: | | |

| Check Number | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| 34006 | $1,486.34 | $1,900.00 | $1,486.34 | |

| EARNINGS | | | | | *Not included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | | 0.00 | 1,900.00 | 0.00 | 11,400.00 | SOC SEC EE | 117.80 | 706.80 | | | |
| | | | | | | MED EE | 27.55 | 165.30 | | | |
| | | | | | | FEDERAL WH | 143.33 | 859.98 | | | |
| | | | | | | PA WH | 58.33 | 349.98 | | | |
| | | | | | | PHILADELPHIA | 65.51 | 393.06 | | | |
| | | | | | | PA SUI EE | 1.14 | 6.84 | | | |
| **Total:** | | 0.00 | 1,900.00 | 0.00 | 11,400.00 | **Total:** | 413.66 | 2,481.96 | **Total:** | 0.00 | 0.00 |

| CURRENT PERIOD LEAVE ACCRUAL | DISTRIBUTION OF NET PAY |
|---|---|
| | |

HONG KONG SUPERMARKET OF PA
571 ADAMS AVE
PHILADELPHIA, PA 19124
718-821-9888

| CHECK DATE | CHECK NUMBER |
|---|---|
| 6/19/2020 | 34006 |

| CHECK AMOUNT |
|---|
| ******$1,486.34 |

0163 0000
**JEFFREY WU**
60 OVERLOOK ROAD
LOCUST VALLEY, NY 11560

**NOT NEGOTIABLE**

| Statement of Earnings For: | | **JEFFREY WU** | | | | | | HONG KONG SUPERMARKET OF PA | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Employee #: | 0163 | Department | 0000 | Period Begin: | 5/31/2020 | Check Date: | 6/12/2020 | 571 ADAMS AVE | | |
| Clock Number: | | | | Period End: | 6/6/2020 | Pay Type: | Salary | PHILADELPHIA, PA 19124 | | |
| SSN: | XXX-XX-6488 | Federal Filing: | Married | Exemptions: | 5 | Additional Tax: | | 718-821-9888 | | |
| Company Id: | HK | State Filing: | Married | Exemptions: | 5 | Additional Tax: | | | | |

| Check Number | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| 33980 | $1,486.34 | $1,900.00 | $1,486.34 | |

| EARNINGS | | | | | *Not included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | | 0.00 | 1,900.00 | 0.00 | 9,500.00 | SOC SEC EE | 117.80 | 589.00 | | | |
| | | | | | | MED EE | 27.55 | 137.75 | | | |
| | | | | | | FEDERAL WH | 143.33 | 716.65 | | | |
| | | | | | | PA WH | 58.33 | 291.65 | | | |
| | | | | | | PHILADELPHIA | 65.51 | 327.55 | | | |
| | | | | | | PA SUI EE | 1.14 | 5.70 | | | |
| Total: | | 0.00 | 1,900.00 | 0.00 | 9,500.00 | Total: | 413.66 | 2,068.30 | Total: | 0.00 | 0.00 |

| CURRENT PERIOD LEAVE ACCRUAL | DISTRIBUTION OF NET PAY |
|---|---|
| | |

HONG KONG SUPERMARKET OF PA
571 ADAMS AVE
PHILADELPHIA, PA 19124
718-821-9888

| CHECK DATE | CHECK NUMBER |
|---|---|
| 6/12/2020 | 33980 |

| CHECK AMOUNT |
|---|
| ******$1,486.34 |

0163 0000
**JEFFREY WU**
60 OVERLOOK ROAD
LOCUST VALLEY, NY 11560

**NOT NEGOTIABLE**