| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Myint Kyaw** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK | | |
| Case number (if known) | 820-72407-A736 | | |

■ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ■ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral<br>that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| **2.1** 41-60 Main Street LLC<br>Creditor's Name<br>c/o Kriss & Feuerstein LLP<br>360 Lexington Avenue, 12th Floor<br>New York, NY 10017<br>Number, Street, City, State & Zip Code | Describe the property that secures the claim:<br>Queen Elizabeth Realty Corp.<br>100%<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $94,000,000.00 | Unknown | Unknown |
| Who owes the debt? Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>■ At least one of the debtors and another<br>☐ Check if this claim relates to a community debt | Nature of lien. Check all that apply.<br>■ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>☐ Other (including a right to offset) | | | |
| Date debt was incurred  2020 | Last 4 digits of account number  2020 | | | |

Debtor 1 **Myint Kyaw**
First Name   Middle Name   Last Name

Case number (If known) **820-72407-A736**

---

**2.2** **Alliant Credit Union**
Creditor's Name

11545 West Touhy Avenue
P.O. Box 66945
Chicago, IL 60666
Number, Street, City, State & Zip Code

Who owes the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred

Describe the property that secures the claim:
2014 Audi R8

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Nature of lien. Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

Last 4 digits of account number   0196

$21,074.40   $70,000.00   $0.00

---

**2.3** **Alliant Credit Union**
Creditor's Name

11545 West Touhy Avenue
P.O. Box 66945
Chicago, IL 60666
Number, Street, City, State & Zip Code

Who owes the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred

Describe the property that secures the claim:
2015 Rolls Royce Wraith

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Nature of lien. Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

Last 4 digits of account number   0196

$88,718.49   $120,000.00   $0.00

---

**2.4** **Bank of America**
Creditor's Name

c/o Wilson Elser Moskowitz Edelman & Dicker LLP
Florham Park, NJ 07932-0668
Number, Street, City, State & Zip Code

Who owes the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred

Describe the property that secures the claim:

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Nature of lien. Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ■ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

Last 4 digits of account number

$19,700,000.00   $0.00   $0.00

---

Official Form 106D   Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**   page 2 of 6

| Debtor 1 | Myint Kyaw | | Case number (if known) | 820-72407-A736 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### 2.5 Bank of America
**Creditor's Name**

4500 Amon Carter Blvd.
Fort Worth, TX 76155
*Number, Street, City, State & Zip Code*

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Describe the property that secures the claim:**
60 Overlook Road Lattington, NY 11560  Nassau County

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)   First Mortgage

$3,160,182.00   $8,000,000.00   $0.00

**Date debt was incurred**          **Last 4 digits of account number**   5751

---

### 2.6 Bank of America
**Creditor's Name**

4500 Amon Carter Blvd.
Fort Worth, TX 76155
*Number, Street, City, State & Zip Code*

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Describe the property that secures the claim:**
60 Overlook Road Lattington, NY 11560  Nassau County

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)   Home Equity Loan

$1,143,271.00   $8,000,000.00   $0.00

**Date debt was incurred**          **Last 4 digits of account number**   8758

---

### 2.7 BMW Financial Services
**Creditor's Name**

4515 N Santa Fe Ave.
Dept. APS
Oklahoma City, OK 73118
*Number, Street, City, State & Zip Code*

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Describe the property that secures the claim:**
2019 BMW X7
Lease

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

$39,956.83   $0.00   $39,956.83

**Date debt was incurred**          **Last 4 digits of account number**   0204

---

Debtor 1 **Myint Kyaw**
First Name   Middle Name   Last Name

Case number (if known) **820-72407-A736**

| 2.8 | Chang & Son Enterprises, Inc. | Describe the property that secures the claim: | $7,700,000.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

c/o Law Office of
Leonard M. Singer
271 Dartmouth Street,
Boston, MA 02116

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number _____

---

| 2.9 | Haymarket Capital, LLC | Describe the property that secures the claim: | $7,700,000.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

c/o Murphy & King
One Beacon Street, 21st Floor
Boston, MA 02108

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number _____

---

| 2.10 | Landmark Tower Debt Parent LLC | Describe the property that secures the claim: **Victoria Towers Development Corp. 50%** | $7,000,000.00 | Unknown | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

c/o Kriss & Feuerstein LLP
360 Lexington Avenue,
Suite 1200
New York, NY 10017

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset) **Second Mortgage**

Date debt was incurred _____   Last 4 digits of account number _____

---

Official Form 106D   Additional Page of Schedule D: Creditors Who Have Claims Secured by Property   page 4 of 6

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor 1 | Myint |  | Kyaw | Case number (if known) | 820-72407-A736 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**2.1 1** **TD Auto Finance**
Creditor's Name

P.O. Box 100295
Columbia, SC 29202
Number, Street, City, State & Zip Code

Describe the property that secures the claim: $3,005.00   $60,000.00   $0.00

2010 Bentley Continental

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset) _____

Date debt was incurred    2017      Last 4 digits of account number    1447

---

**2.1 2** **Xizhu Bai**
Creditor's Name

c/o Agulnick & Gogel, LLC
1129 Northern Blvd, Suite 404
Manhasset, NY 11030
Number, Street, City, State & Zip Code

Describe the property that secures the claim: $6,250,887.53   $0.00   $6,250,887.53

Judgment

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

---

**2.1 3** **Zee Bridge Capital, LLC**
Creditor's Name

310 Alder Road
P.O. Box 841
Dover, DE 19904
Number, Street, City, State & Zip Code

Describe the property that secures the claim: $5,400,000.00   Unknown   Unknown

GTJ Realty LP
22.0733%

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    10/19      Last 4 digits of account number _____

---

Debtor 1  **Myint Kyaw**
        First Name          Middle Name          Last Name

Case number (if known)  **820-72407-A736**

Add the dollar value of your entries in Column A on this page. Write that number here:    **$152,207,095.25**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:    **$152,207,095.25**

## Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ Name, Number, Street, City, State & Zip Code
**BMW Financial Services NA LLC Dept.**
**AIS Portfolio Services LP**
**4515 N. Santa Fe Ave. Dept. APS**
**Oklahoma City, OK 73118**

On which line in Part 1 did you enter the creditor? __2.7__

Last 4 digits of account number ___