# Weinberg, Gross & Pergament LLP
## ATTORNEYS AT LAW
Suite 403
400 Garden City Plaza
Garden City, New York 11530

Marc A. Pergament
*Partner*

Telephone: (516) 877-2424 Ext. 226
Facsimile: (516) 877-2460
Email: mpergament@wgplaw.com

December 1, 2020

VIA ECF
Honorable Robert E. Grossman
United States Bankruptcy Judge
United States Bankruptcy Court
Alfonse M. D'Amato Courthouse
290 Federal Plaza
Central Islip, New York 11722

        Re: Myint Kyaw a/k/a Jeffrey Wu
           Case No. 820-72407-A736

Dear Judge Grossman:

  This letter shall confirm that the Motions and hearings scheduled to be heard by Your Honor on December 2, 2020 with respect to the above-referenced Chapter 11 case and the following Chapter 11 cases have been adjourned on consent to December 7, 2020 at 10:00 a.m.:

  a. Lucky Star-Deer Park Mezz LLC
    Case No. 820-72403-736;
  b. Flushing Landmark Realty Mezz LLC
    Case No. 820-72404-A736;
  c. Victoria Towers Development Mezz LLC
    Case No. 820-72405-A736;
  d. Lucky Star-Deer Park LLC
    Case No. 820-73301-A736
  e. Flushing Landmark Realty LLC
    Case No. 820-73302-A736
  f. Victoria Towers Development Corp.
    Case No. 820-73303-A736; and
  g. Queen Elizabeth Realty Corp.
    Case No. 820-73327-A736.

          Respectfully yours,

          Marc A. Pergament

MAP:js

cc: SEE ATTACHED SERVICE LIST

Honorable Robert E. Grossman
United States Bankruptcy Judge
December 1, 2020
Page 2

## *SERVICE LIST*

Via E-Mail - pcorey@maccolaw.com
Peter Corey, Esq.
Macco Law Group, LLP

Via E-Mail - fkantrow@rkdlawfirm.com
Fred S. Kantrow, Esq.
Rosen & Kantrow, Esq.

Via E-Mail - jfeuerstein@kandfllp.com
Jerold C. Feuerstein, Esq.
Kriss & Feuerstein LLP

Via E-Mail - knash@gwfglaw.com
Kevin Nash, Esq.
Goldberg Weprin Finkel Goldstein LLP

Via E-Mail - mginzburg@kravit.com
Margarita Ginzburg, Esq.
Karvit Partners LLC

Via E-Mail - stan.y.yang@usdoj.gov
Stan Y. Yang, Esq.
Office of the United States Trustee

Via E-Mail - Christine.H.Black@usdoj.gov
Christine H. Black, Esq.
Assistant United States Trustee
Office of the United States Trustee