# Weinberg, Gross & Pergament LLP
## ATTORNEYS AT LAW
Suite 403
400 Garden City Plaza
Garden City, New York 11530

Marc A. Pergament
*Partner*

Telephone: (516) 877-2424 Ext. 226
Facsimile: (516) 877-2460
Email: mpergament@wgplaw.com

June 8, 2021

<u>VIA ECF</u>
Honorable Robert E. Grossman
United States Bankruptcy Judge
United States Bankruptcy Court
Alfonse M. D'Amato U.S. Courthouse
290 Federal Plaza
Central Islip, New York  11722

Re: Myint Kyaw a/k/a Jeffrey Wu
<u>Case No. 820-72407-A736</u>

Dear Judge Grossman:

This firm is counsel to the Debtor in the above-referenced Chapter 11 case.

I am writing to Your Honor to acknowledge my error in not filing the opposition papers with the Court according to the Order to Show Cause that were to be filed by June 7, 2021 at 4:00 p.m.

I had read the Order of Show Cause and was working under the deadline of June 8, 2021 to provide the documents to the United States Trustee and also to file opposition papers. The error was brought to my attention by counsel for two different creditors and I immediately arranged for the filing of the Affidavit in Opposition of the Debtor and the Objection.

I understand the importance of time deadlines and did not intend to ignore those time deadlines in any respect but made an error in the reading of the dates by which documents were to be provided and objections to be filed.

I hope that Your Honor can overlook my error and review and consider the documents filed in opposition.

Respectfully yours,

Marc A. Pergament

MAP:lc