# Weinberg, Gross & Pergament LLP
## ATTORNEYS AT LAW

Suite 403
400 Garden City Plaza
Garden City, New York 11530

Marc A. Pergament
*Partner*

Telephone: (516) 877-2424 Ext. 226
Facsimile: (516) 877-2460
Email: mpergament@wgplaw.com

July 14, 2021

VIA ECF
Honorable Robert E. Grossman
United States Bankruptcy Judge
United States Bankruptcy Court
Alfonse M. D'Amato U.S. Courthouse
290 Federal Plaza
Central Islip, New York 11722

        Re:    Myint Kyaw a/k/a Jeffrey Wu
                 Case No. 820-72407-A736

Dear Judge Grossman:

        This firm is counsel to the Debtor in the above-referenced Chapter 11 case.

        On Your Honor's calendar for today was the application for the retention of DLA Piper as the Debtor's special tax counsel. I was advised by Diana Erbsen of DLA Piper that she has a conference scheduled with the appeals unit of the Internal Revenue Service for next week and she is uncomfortable attending that conference as her firm has not been retained as the Debtor's special counsel.

        We had submitted the proposed order, application and affidavit for the retention of DLA Piper and it was put on hold at the time that Your Honor appointed Mr. Rosenfeld as the Hearing Examiner.

        The Debtor requests that Your Honor enter the order for the retention of DLA Piper so that firm can represent the interests of the Debtor at the appeals conference, which involves a large Internal Revenue Service claim of approximately $2,400,000.00.

        In the event Your Honor has any questions concerning this request for the entry of the order, kindly have Chambers contact me.

        Respectfully yours,

        Marc A. Pergament

MAP:mm:js

cc:    SEE ATTACHED SERVICE LIST

## SERVICE LIST

AIS Portfolio Services, LP
Bankruptcy Servicer for BMW
Financial Services NA, LLC
Attn: Zann Welch
E-Mail - ecfnotices@ascensioncapitalgroup.com

Aldridge Pite, LLP
Attorneys for Bank of America, N.A.
Attn: Jenelle C. Arnold
E-Mail - jarnold@aldridgepite.com

Ansell Grimm & Aaron, P.C.
Attorneys for Harary Group LLC
Attn: Joshua S. Bauchner, Esq.
E-Mail - jb@ansellgrimm.com

Becket and Lee LLP
Attorneys for American Express
Attn: Larry Butler
E-Mail - lbutler@becket-lee.com

Bill, Zou & Associates PLLC
Attorneys for American Chengyi
Investment Management Group Inc.
Attn: William X. Zou, Esq.
E-Mail - zoulawoffice@yahoo.com

David A. Gallo & Associates LLP
Attorneys for Bank of America, N.A.
Attn: Robyn E. Goldstein, Esq.
E-Mail - rgoldstein@msgrb.com

Davidson Fink LLP
Attorneys for Bank of America, N.A.
Attn: Megan J. Lyle, Esq
E-Mail - mlyle@davidsonfink.com

Goldberg Weprin Finkel Goldstein, LLP
Attorneys for Eli Tabak, Landmark Portfolio Mezz LLC
Attn: Kevin J. Nash, Esq.
E-Mail - knash@gwfglaw.com

Goldberger & Dubin, P.C.
Attorneys for Mei Lan Zhang
Attn: Stacey Van Malden, Esq.
E-Mail - staceyL11@optonline.net

Jacob Silver, Esq.
Attorney for Kimberly Yanello
E-Mail - silverbankruptcy@gmail.com

Kravit Partners LLC
Attorneys for Xizhu Bai and
W & L Group Construction Inc.
Attn: Craig B. Kravit, Esq.
E-Mail - cbk@kravit.com

Kravit Partners LLC
Attorneys for Xizhu Bai and
W & L Group Construction Inc.
Margarita Ginzburg, Esq.
E-Mail - mginzburg@kravit.com

Kriss & Feuerstein LLP
Attorneys for 41-60 Main Street LLC
Attn: Jerold C. Feuerestein, Esq.
E-Mail - jfeuerstein@kandfllp.com

Kriss & Feuerstein LLP
Attorneys for 41-60 Main Street LLC
Attn: Daniel N. Zinman, Esq.
E-Mail - dzinman@kandfllp.com

Kriss & Feuerstein LLP
Attorneys for 41-60 Main Street LLC
Attn: Stuart L. Kossar, Esq.
E-Mail - skossar@kandfllp.com

Macco Law Group, LLP
Attorney for Flushing Landmark Realty Mezz LLC,
Victoria Towers Development Mezz Corp. and
Lucky Star-Deer Park Mezz LLC
Attn: Peter Corey, Esq.
Via E-Mail - pcorey@maccolaw.com

Moritt Hock & Hamroff LLP
Attorneys for American Chengyi Investment
Management Group, Inc., Crown Mansion LLC
and Elizabeth Chen
Attn: Leslie A. Berkoff, Esq.
Via E-Mail - lberkoff@moritthock.com

Norris McLaughlin, P.A.
Attorneys for Rising Sun Plaza Associates, L.P.
Attn: Melissa A. Pena, Esq.
E-Mail - mapena@norris-law.com

Office of the United States Trustee
Attn: Stan Yang, Esq.
E-Mail - Stan.Y.Yang@usdoj.gov

Pryor & Mandelup, L.L.P.
Attorneys for the Law Offices of Anthony A. Capetola
Attn: Robert L. Pryor, Esq.
E-Mail - rlp@pryormandelup.com

Sassoon Cymrot Law LLC
Attorneys for Chang & Son Enterprises, Inc.
and Choo & Company, Inc.
Attn: William R. Moriarty, Esq.
E-Mail - wmoriarty@sassooncymrot.com

Sassoon Cymrot Law LLC
Attorneys for Chang & Son Enterprises, Inc.
and Choo & Company, Inc.
Attn: Jeffrey J. Cymrot, Esq.
E-Mail - jcymrot@sassooncymrot.com

The Kantrow Law Group
Attorneys for Victoria Towers Development
Corp., Flushing Landmark Realty LLC
and Lucky Star-Deer Park LLC
Attn: Fred S. Kantrow, Esq.
E-Mail - fkantrow@thekantrowlawgroup.com

Honorable Robert E. Grossman
United States Bankruptcy Judge
July 14, 2021
Page 5

        Wilson Elser Moskowitz Edelman & Dicker LLP
        Attorneys for Bank of America, N.A.
        Attn: Timothy R. Wheeler, Esq.
        E-Mail - timothy.wheeler@wilsonelser.com

        Via E-Mail - diana.erbsen@dlapiper.com
        Diana L. Erbsen, Esq.
        DLA Piper