UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

In Re:                                              Chapter 11
                                                    Case No 820-72407-a736

Myint Kyaw,                                         APPLICATION PURSUANT
                                                    TO LOCAL RULE 1009-1(a)

          Debtor,

--------------------------------------------------------X

           Myint Kyaw, Debtor, by its attorneys, Weinberg, Gross & Pergament LLP represents as follows:

           1.     On July 8, 2020, the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

           2.     This Application is submitted to amend the Debtor's Schedule A/B indicating the addition of a non-publicly traded corporation.  A copy of the amended Schedule A/B is annexed hereto as Exhibit "A."

 

                                        Weinberg, Gross & Pergament LLP
                                        Attorneys for Debtor

Dated: Garden City, New York
        August 10, 2021

                    By:     _____
                                        Marc A. Pergament
                                        400 Garden City Plaza, Suite 403
                                        Garden City, New York 11530
                                        (516) 877-2424