UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re:

                                                                                              Case No.20-72407-reg

      Myint Kyaw *aka* Jeffrey Wu,

                                      Debtor.                     Chapter 11
------------------------------------------------------------------x

## ORDER RESTORING ORDER TO SHOW CAUSE
## TO COURT'S CALENDAR

        The Court having issued an Order to Show Cause ("OSC") to Convert the Debtor's case from Chapter 11 to Chapter 7 on June 2, 2021 [ECF No. 208] and a hearing on the OSC having been held on June 9, 2021, and the Court having determined that the appointment of an examiner in the Debtor's case was appropriate, and the Court having reserved the right to convert the Debtor's case to Chapter 7 if the Debtor, the Debtor's professionals or the Debtor's affiliates did not cooperate with the examiner; and an order having been entered on June 17, 2021 appointing Robert R. Rosenfeld as the examiner ("Examiner") pursuant to 11 U.S.C. section 1104(d) [ECF No. 234], and the Examiner having filed a First Interim Report ("Interim Report") on September 7, 2021 [ECF No. 253], and the Examiner having stated that the Debtor and the Debtor's counsel indicated they would provide a full chronology of the history of the Debtor and his business interests, along with relevant documents and agreements to assist the Examiner with the investigation, but to date, no such chronology and documents have been provided. Furthermore, while certain answers to some questions have been provided, in a number of instances, backup documentation requested by and provided to the Examiner was insufficient to support the answers given. The Examiner has also concluded that many explanations given by the Debtor in response to questions posed suggest a lack of understanding of the bankruptcy process and/or lax attention to compliance with rules. Based on these infirmities and the failure of the Debtor to disclose significant income and transfers by and among the Debtor, GTJ Realty, LLP and other entities, there are sufficient grounds to convert the Debtor's case to Chapter 7; and it is hereby

ORDERED, that the Debtor show cause at a telephonic hearing at **10:00 am** on **September 13, 2021** before the Honorable Robert E. Grossman, why the Debtor's case should not be converted to a case under Chapter 7 for cause pursuant to 11 U.S.C. § 1112(b)(1); and it is further

ORDERED, that the Clerk of the Court give notice of this Order to the Debtor, counsel to the Debtor, the Office of the United States Trustee, all creditors and any party filing a notice of appearance in this case by electronic mail on or before September 8, 2021; and it is further

ORDERED, that opposition to the relief requested in this Order to Show Cause shall be filed with the Court so as to be received on or before September 10, 2021 at 4:00 pm. Any late filed opposition shall not be considered by the Court.



Dated: Central Islip, New York  
September 8, 2021

Robert E. Grossman  
United States Bankruptcy Judge