# UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF NEW YORK

ECF NO.

In Re. MYINT KYAW A/K/A JEFFREY WU § Case No. 20-72407
§
§
§
_____Debtor(s)_____ §

☐ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 07/31/2021                     Petition Date: 07/08/2020

Months Pending: 13                     Industry Classification: 9 9 9 9

Reporting Method:          Accrual Basis ○          Cash Basis ◉

Debtor's Full-Time Employees (current):          0

Debtor's Full-Time Employees (as of date of order for relief):          0

### Supporting Documentation (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒ Statement of cash receipts and disbursements
☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☒ Postpetition liabilities aging
☒ Statement of capital assets
☐ Schedule of payments to professionals
☒ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ MYINT KYAW                                        MYINT KYAW A/K/A JEFFREY WU
Signature of Responsible Party                        Printed Name of Responsible Party

08/18/2021
Date                                                  60 OVERLOOK ROAD, LATTINGTOWN NY 11560
                                                      Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (06/07/2021)                     1

Debtor's Name MYINT KYAW A/K/A JEFFREY WU          Case No. 20-72407

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $81,114 | |
| b. Total receipts (net of transfers between accounts) | $13,523 | $433,135 |
| c. Total disbursements (net of transfers between accounts) | $29,105 | $1,867,775 |
| d. Cash balance end of month (a+b-c) | $65,532 | |
| e. Disbursements made by third party for the benefit of the estate | $2,094 | $127,428 |
| f. Total disbursements for quarterly fee calculation (c+e) | $31,199 | $1,995,203 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory    (Book ◯   Market ◯   Other ◉   (attach explanation)) | $0 |
| d. Total current assets | $73,532 |
| e. Total assets | $13,652,442 |
| f. Postpetition payables (excluding taxes) | $247,690 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $247,690 |
| k. Prepetition secured debt | $2,067,497 |
| l. Prepetition priority debt | $8,671,867 |
| m. Prepetition unsecured debt | $31,697,983 |
| n. Total liabilities (debt) (j+k+l+m) | $42,685,037 |
| o. Ending equity/net worth (e-n) | $-29,032,595 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $0 | $0 |

Click "Generate PDF" to Remove Watermark

UST Form 11-MOR (06/07/2021)                    2

Debtor's Name MYINT KYAW A/K/A JEFFREY WU                    Case No. 20-72407

## Part 5: Professional Fees and Expenses

| | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | | |
| | *Itemized Breakdown by Firm* | | | | |
| Add | Firm Name | Role | | | |
| Delete i | | | | | |
| Delete ii | | | | | |

| | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | |
| | *Itemized Breakdown by Firm* | | | | |
| Add | Firm Name | Role | | | |
| Delete i | | | | | |
| Delete ii | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | |

## Part 6: Postpetition Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $21,953 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

## Part 7: Questionnaire – During this reporting period:

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | Yes ○ | No ● |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | Yes ○ | No ● |
| c. | Were any payments made to or on behalf of insiders? | Yes ● | No ○ |
| d. | Are you current on postpetition tax return filings? | Yes ● | No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ● | No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ● | No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○ | No ● |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○  No ○  N/A ● |
| i. | Do you have: Workers' compensation insurance? | Yes ●  No ○ |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ●  (if no, see Instructions) |
| | Casualty/property insurance? | Yes ●  No ○ |
| | If yes, are your premiums current? | Yes ●  No ○  N/A ○  (if no, see Instructions) |
| | General liability insurance? | Yes ●  No ○ |
| | If yes, are your premiums current? | Yes ●  No ○  N/A ○  (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ●  No ○ |

UST Form 11-MOR (06/07/2021)                    3

Debtor's Name MYINT KYAW A/K/A JEFFREY WU                    Case No. 20-72407

k.  Has a disclosure statement been filed with the court?          Yes ● No ○
l.  Are you current with quarterly U.S. Trustee fees as            Yes ● No ○
    set forth under 28 U.S.C. § 1930?

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $13,500 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $2,117 |
| d. | Total income in the reporting period (a+b+c) | $15,617 |
| e. | Payroll deductions | $2,296 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $11,358 |
| h. | All other expenses | $1,653 |
| i. | Total expenses in the reporting period (e+f+g+h) | $15,307 |
| j. | Difference between total income and total expenses (d-i) | $310 |
| k. | List the total amount of all postpetition debts that are past due | $0 |

l.  Are you required to pay any Domestic Support Obligations as defined by 11    Yes ○ No ●
    U.S.C § 101(14A)?
m.  If yes, have you made all Domestic Support Obligation payments?    Yes ○ No ○ N/A ●

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ MYINT KYAW                                      MYINT KYAW A/K/A JEFFREY WU
Signature of Responsible Party                      Printed Name of Responsible Party
Debtor                                              08/23/2021
Title                                               Date

Save

Generate PDF for Court Filing
and Remove Watermark

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| In re | |
|---|---|
| MYINT A/K/A/ JEFFREY WU | Chapter 11 |
| Debtor. | Case No. 820-72407-A736 |

### Monthly Operating for the Period July 1, 2021 to July 31, 201
### SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH -ACTUAL." column must equal the sum of the three bank account columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be included for each bank account.

| | BANK ACCOUNTS | | | | | |
|---|---|---|---|---|---|---|
| ACCOUNT NUMBER (LAST 4) | Chase DIP Checking acct # 7978 | Chase DIP Saving Acct # 9050 | Preferred Bank Acct # 0122 | Preferred Bank CD Acct # 5911 | Preferred Bank Acct # 6667 | Total |
| CASH BEGINNING OF MONTH | $34,074.55 | $0.22 | $1,119.34 | $37,544.30 | $8,375.79 | $81,114.20 |
| RECEIPTS | | | | | | |
| GROSS SALARY | $  13,500.00 | | | | | $  13,500.00 |
| AUTO INSURANCE REBATE | | | | | | |
| INTEREST INCOME | $  0.18 | | $  0.05 | $  18.51 | $  4.13 | $  22.87 |
| TOTAL RECEIPTS | 13,500.18 | $  - | $  0.05 | $  18.51 | $  4.13 | $  13,522.87 |
| DISBURSEMENTS | | | | | | |
| UTILITIES | $  1,913.09 | | | | | $  1,913.09 |
| US TRUSTEE | $  652.78 | | | | | $  652.78 |
| HOME MORTGAGE 9807 | $  3,045.10 | | | | | $  3,045.10 |
| HOME MORTGAGE 8758 | $  15,825.66 | | | | | $  15,825.66 |
| HOME OWNER INSURANCE | $  5,285.99 | | | | | $  5,285.99 |
| HOUSEHOLD EXPENSES | $  86.90 | | | | | $  86.90 |
| PAYROLL TAXES | $  2,295.82 | | | | | $  2,295.82 |
| TOTAL DISBURSEMENTS | 29,105.34 | 0.00 | $0.00 | 0.00 | 0.00 | 29,105.34 |
| | | | $  - | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | (15,605.16) | 0.00 | 0.05 | 18.51 | 4.13 | (15,582.47) |
| CASH - END OF MONTH | $18,469.39 | $  0.22 | $  1,119.39 | $  37,562.81 | $  8,379.92 | $  65,531.73 |

THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| TOTAL DISBURSEMENTS | $29,105.34 |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | $0.00 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | $0.00 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. | $29,105.34 |

{10773787:1}                                                     1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re

MYINT A/K/A/ JEFFREY WU

Debtor.

Chapter 11

Case No. 820-72407-A736

Monthly Operating for the Period July 1, 2021 to July 31, 2021

### BANK RECONCILIATIONS

Continuation Sheet for MOR-1

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted (Bank account numbers may be redacted to last four numbers.)

| | ACCT # 7978 | Acct # 9050 | Acct # 0122 | Acct # 5911 | Acct # 6667 | |
|---|---|---|---|---|---|---|
| BALANCE PER BOOKS | $18,469.39 | $ 0.22 | $ 1,119.39 | $ 37,562.81 | $ 8,379.92 | |
| | | | | | | |
| BANK BALANCE | $18,469.39 | $ 0.22 | $ 1,119.39 | $ 37,562.81 | $ 8,379.92 | |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | | | | | | |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)*: | | | $ . | | | |
| OTHER *(ATTACH EXPLANATION) Rounding* | | | | | | |
| | | | | | | |
| ADJUSTED BANK BALANCE * | $18,469.39 | $ 0.22 | $ 1,119.39 | $ 37,562.81 | $ 8,379.92 | |

| DEPOSITS IN TRANSIT | Date | Date | | Amount | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| CHECKS OUTSTANDING | Date | Ck. # | | Amount | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF NEW YORK

| In re | |
|---|---|
| MYINT KYAW A/K/A/ JEFFREY WU. | Chapter 11 |
| Debtor. | Case No. 820-72407-A736 |

Monthly Operating for the Period July 1, 2021 to July 31, 2021

STATEMENT OF OPERATIONS (Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| INCOME | MONTH | CUMULATIVE JULY 8, 2020 TO DATE |
|---|---|---|
| GROSS SALARY | $13,500.00 | $212,000.00 |
| DISTRIBUTIONS HKS | $2,094.46 | $67,923.15 |
| STATE INCOME TAX REFUNDS | | $20,706.00 |
| DIVIDEND INCOME | | $2,083.20 |
| INTEREST INCOME | $22.87 | $16,995.27 |
| NYS DMV REFUND | | $94.00 |
| US ECONOMIC | | $4,100.00 |
| TOTAL INCOME | $15,617.33 | $323,901.62 |
| OPERATING EXPENSES | | |
| PAYMENT OF GUARANTEE | | $1,517,560.04 |
| HOUSEHOLD EXPENSES | $ 2,003.45 | $22,113.09 |
| AUTO INSURANCE | $ 2,475.90 | $26,315.11 |
| BANK CHARGES | | $6,959.30 |
| FINANCE CHARGE | $ 773.93 | $7,185.49 |
| HOME OWNER INSURANCE | $ 2,643.00 | $28,979.74 |
| STATE INCOME TAXES | | $369.32 |
| LIFE INSURANCE PREMIUM | | $65,620.00 |
| PROFESSIONAL FEES TAX PROTEST | | $7,028.55 |
| UTILITIES | $ 956.55 | $11,789.33 |
| REAL ESTATE TAXES | | $21,953.09 |
| PAYROLL TAXES | $ 2,295.82 | $36,280.49 |
| TOTAL OPERATING EXPENSES BEFORE DEPRECIATION | $ 11,148.65 | $1,752,153.55 |
| DEPRECIATION/AMORTIZATION EXPENSE | | $0.00 |
| NET PROFIT/LOSS BEFORE REORGINAZATION EXP | $ 4,468.68 | ($1,428,251.93) |
| OTHER INCOME AND EXPENSES | | |
| OTHER INCOME (ATTACH SCHEDULE) | | |
| INTEREST MORTGAGE | 2,504.65 | $25,312.26 |
| OTHER EXPENSE (ATTACH SCHEDULE) | | |
| NET PROFIT/LOSS BEFORE REORGANIZATION EXPENSES | $ 1,964.03 | ($1,453,564.19) |
| REORGANIZATION ITEMS | | |
| PROFESSIONAL FEES | $1,000.00 | $221,452.52 |
| US TRUSTEE QUARTERLY FEES | $ 652.78 | $3,903.25 |
| INTEREST EARNED ON ACCUMULATED CASH | | |
| GAIN/LOSS ON SALE OF PROPERTY | | ($12,304.52) |
| OTHER REORGANIZATION EXPENSES | | |
| | | |
| INCOME TAXES | | |
| NET PROFIT LOSS | $ 311.25 | ($1,691,224.48) |

{10773787:1}                                    1

| In re<br><br>MYINT KYAW A/K/A JEFFREY WU,<br><br>Debtor. | Chapter 11<br><br>Case No. 820-72407-A736 | | | |
|---|---|---|---|---|

**Monthly Operating for the Period July 1, 2021 to July 31, 2021**

**BALANCE SHEET**

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | | BOOK VALUE ON PETITION DATE OR SCHEDULED |
|---|---|---|---|---|
| *CURRENT ASSETS* | | | | |
| Unrestricted Cash and Equivalents | $ 65,531.73 | $ 81,114.20 | | $ 1,558,494.29 |
| Restricted Cash and Cash Equivalents *(see continuation sheet)* | | | | |
| Accounts Receivable (Net) | | | | $ 60,000.00 |
| Cash escrow account at Weinberg | $ 8,000.00 | $ 8,000.00 | | |
| Prepaid Expenses | | | | $ 8,000.00 |
| Professional Retainers | | | | |
| Other Current Assets *(attach schedule)* | | | | |
| *TOTAL CURRENT ASSETS* | $ 73,531.73 | $ 89,114.20 | | $ 1,626,494.29 |
| *PROPERTY & EQUIPMENT* | | | | |
| Real Property and Improvements | $ 8,000,000.00 | $ 8,000,000.00 | | $ 8,000,000.00 |
| Machinery and Equipment | | | | |
| Furniture, Fixtures and Office Equipment | | | | |
| Leasehold Improvements | | | | |
| Vehicles (net of outstanding loans) Schedule attached | $ 283,821.60 | $ 282,041.07 | | $ 256,011.86 |
| Less: Accumulated Depreciation | | | | |
| *TOTAL PROPERTY & EQUIPMENT* | $ 8,283,821.60 | $ 8,282,041.07 | | $ 8,256,011.86 |
| *OTHER ASSETS* | | | | |
| Amounts due from Insiders* | | | | |
| Other Assets *(attach schedule)* | $ 5,295,088.30 | $ 5,299,328.59 | | $ 5,210,135.44 |
| *TOTAL OTHER ASSETS* | $ 5,295,088.30 | $ 5,299,328.59 | | $ 5,210,135.44 |
| *TOTAL ASSETS* | $ 13,652,441.63 | $ 13,670,483.86 | | $ 15,092,641.59 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | | BOOK VALUE ON PETITION DATE |
|---|---|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | | | |
| Professional and US Trustee fees | $213,452.52 | $212,452.52 | | |
| Amounts Due to Insiders* | 34,237.23 | 42,880.18 | | |
| Other Post-petition Liabilities *(attach schedule)* | | | | |
| TOTAL POST-PETITION LIABILITIES | $247,689.75 | $255,332.70 | | |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | | | |
| Secured Debt | $ 2,067,496.71 | $ 2,073,966.95 | | $2,155,827.86 |
| Priority Debt | $ 8,671,867.40 | $ 8,671,867.40 | | $8,671,867.40 |
| Unsecured Debt | $ 31,697,983.00 | $31,697,983.00 | | $31,698,913.23 |
| TOTAL PRE-PETITION LIABILITIES | $ 42,437,347.11 | $ 42,443,817.35 | | $42,526,608.49 |
| TOTAL LIABILITIES | $ 42,685,036.86 | $ 42,699,150.05 | | $42,526,608.49 |
| **OWNERS' EQUITY** | | | | |
| Capital Stock | $ (27,603,472.90) | $ (27,603,472.90) | | ($27,603,472.90) |
| Capital stock (adjustments) | $ 169,506.00 | $ 169,506.00 | | $169,506.00 |
| Retained Earnings - Post-petition | $ (1,691,224.48) | $ (1,691,535.73) | | |
| Adjustments to Owner Equity *(attach schedule)* | $ 92,599.41 | $ 96,839.70 | | |
| Post-petition Contributions *(attach schedule)* | $ (3.24) | $ (3.24) | | |
| NET OWNERS' EQUITY | $ (29,032,595.21) | $ (29,028,666.17) | | ($27,433,966.90) |
| TOTAL LIABILITIES AND OWNERS' EQUITY | $ 13,652,441.65 | $ 13,670,483.88 | | $15,092,641.59 |

| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK | |
|---|---|
| In re<br><br>MYINT KYAW A/K/A JEFFREY WU.<br><br>    Debtor. | Chapter 11<br><br>Case No. 820-72407-A736 |

**Monthly Operating for the Period July 1, 2021 to July 31, 2021**

**BALANCE SHEET** *continued*

**BALANCE SHEET - continuation section**

| ASSETS | BOOK OF END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Assets | | | |
| Household items | 101,000.00 | 101,000.00 | 101,000.00 |
| Painting, art and collectibles | 50,000.00 | 50,000.00 | 50,000.00 |
| Clothing | 3,000.00 | 3,000.00 | 3,000.00 |
| Fur and jewmelry | 8,000.00 | 8,000.00 | 8,000.00 |
| Marketable securities | 419,220.30 | 423,460.59 | 334,267.44 |
| Investments Incorporate companies | 4,604,362.00 | 4,604,362.00 | 4,604,362.00 |
| GTJ Reit, Inc. 6,944 shares | 109,506.00 | 109,506.00 | 109,506.00 |
| Total other assets | 5,295,088.30 | 5,299,328.59 | 5,210,135.44 |
| | | | |
| Total Other assets | | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING | | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Amounts due insiders | | | |
| Due to insiders (spouse/son see schedule attached) | $34,237.23 | $42,880.18 | |
| | | | |
| Due to insiders (Isshindow) | $0.00 | $60,000.00 | |
| Total amounts due insiders | $34,234.23 | $102,880.18 | |
| Adjustments to owners equity | | | |
| Adjustments reflect the increase in value of other assets | $92,599.41 | $96,839.70 | |
| Reduction in IRS debt | | | |
| Total | $92,599.41 | $96,839.70 | |
| Post-Petition Contributions | | | |
| Restricted Cash:   Cash that is restricted for a specific use and not available to fund operations. | | | |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| In re<br><br>MYINT KYAW A/K/A JEFFREY WU,<br><br>Debtor. | Chapter 11<br><br>Case No. 820-72407-A736 |
|---|---|

### Monthly Operating for the Period July 1, 2021 to July 31, 2021

### SUMMARY OF UNPAID POST-PETITION DEBTS

|  | Current | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
|  | Current | 0-30 | 31-60 | 61-90 | 91-120 | Over 120 |
| Property taxes |  |  |  |  |  |  |
| Management fees |  |  |  |  |  |  |
| Secured Debt/Adequate Protection Payments |  |  |  |  |  |  |
| Professional Fees | $1,000.00 | $39,557.00 | $1,000.00 | $35,553.42 | $29,397.80 | 106,944.19 |
| Sales tax |  |  |  |  |  |  |
| Other Post-Petition debt *(list creditor)* |  |  |  |  |  |  |
| U. S. Trustee fees |  |  |  |  |  |  |
| Maintenance |  |  |  |  |  |  |
| Amounts due to insiders |  | $14,340.57 |  | $6,518.39 | $2,153.56 | 11,224.71 |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| Total Post-petition Debts | $1,000.00 | $53,897.57 | $1,000.00 | $42,071.81 | $31,551.36 | 118,168.90 |

| UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF NEW YORK | |
|---|---|
| In re<br><br>MYINT KYAW A/K/A/ JEFFREY WU.<br><br>      Debtor. | Chapter 11<br><br>Case No. 820-72407-A736 |

### Monthly Operating for the Period July 1, 2021 to July 31, 2021
#### RENT ROLL

A rent roll must be included for each property. The debtor's rent roll may be substituted for this page. Attach additional sheets as needed.

| Tenant | Lease Type | Monthly Rent | | Annual Rent | Common Area Maint. |
|---|---|---|---|---|---|
| NOT APPLICABLE | | | | | |
| | | | | | |
| | Totals | | | | |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re

MYINT KYAW A/K/A JEFFREY WU,

Debtor.

Chapter 11

Case No. 820-72407-A736

**Monthly Operating for the Period July 1, 2021 to July 31, 2021**

**PAYMENTS TO INSIDERS AND PROFESSIONALS**

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and to professionals. For payments to insiders, identify the type of compensation paid (e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.). Attach additional sheets if necessary.

| INSIDERS | | | | |
|---|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | | TOTAL PAID TO DATE |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL PAYMENTS TO INSIDERS | | | | |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | | | | | |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

**POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE**

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | | TOTAL UNPAID POST-PETITION |
|---|---|---|---|---|
| | | | | |
| | | | | |
| TOTAL PAYMENTS | | | | |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re

MYINT KYAW A/K/A JEFFREY WU,

Debtor.

Chapter 11

Case No. 820-72407-A736

**Monthly Operating for the Period July 1, 2021 to July 31, 2021**

**CASH FLOW PROJECTION**

A cash flow projection must be included for each property. The debtor's cash flow projection may be substituted for this page. Attach additional sheets as needed. This projection needs to be completed at the beginning of the case, every year, or when there are significant changes (i.e. tenant change, rent change, etc.)

| | MONTH 1/21 | MONTH 2/21 | MONTH 3/21 | 4/21 | 5/21 | 6/21 |
|---|---|---|---|---|---|---|
| **INCOME** | | | | | | |
| Rental income | | | | | | |
| Total Income | | | | | | |
| **OPERATING EXPENSES** | | | | | | |
| Insurance | | | | | | |
| Professional fees | | | | | | |
| Property taxes | | | | | | |
| Management Fees/Bonuses | | | | | | |
| Other expenses | | | | | | |
| Total Expenses | $        - | $        - | $        - | $        - | $        - | |
| | | | | | | |
| Debt Service | | | | | | |
| Professional Fees | | | | | | |
| U.S. Trustee Fees | | | | | | |
| Court Costs | | | | | | |
| Total disbursements | | | | | | |
| Net cash flow for the period | | | | | | |
| Cash beginning of period | | | | | | |
| Cash end of period | | | | | | |
| Net Cash Flow | | | | | | |

** THIS ONLY INCLUDES REGULAR MAINTENANCE EXPENSES AND NOT ANY UNFORESEEN REPAIRS THAT MAY BE NECESSARY

2:38 PM
08/12/21

# Jeffrey Wu
# Reconciliation Summary
### Chase DIP Checking 7978, Period Ending 07/31/2021

|  | Jul 31, 21 |
|---|---|
| **Beginning Balance** | 34,074.55 |
|    Cleared Transactions |  |
|       Checks and Payments - 8 Items | -26,809.52 |
|       Deposits and Credits - 11 Items | 11,204.36 |
|    **Total Cleared Transactions** | -15,605.16 |
| **Cleared Balance** | 18,469.39 |
| **Register Balance as of 07/31/2021** | 18,469.39 |
| **Ending Balance** | 18,469.39 |

2:38 PM

08/12/21

# Jeffrey Wu
## Reconciliation Detail
### Chase DIP Checking 7978, Period Ending 07/31/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 34,074.55 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 8 Items** | | | | | | |
| Check | 07/06/2021 | 131 | Bank of America | X | -7,915.66 | -7,915.66 |
| Check | 07/08/2021 | ACH | Chubb Insurance Co. | X | -5,285.99 | -13,201.65 |
| Check | 07/08/2021 | 132 | PHH Mortgage Servi... | X | -1,522.55 | -14,724.20 |
| Check | 07/16/2021 | ACH | Winters Bros LI | X | -86.90 | -14,811.10 |
| Check | 07/19/2021 | ACH | PSEGLI | X | -1,913.09 | -16,724.19 |
| Check | 07/20/2021 | 134 | Bank of America | X | -7,910.00 | -24,634.19 |
| Check | 07/21/2021 | 135 | PHH Mortgage Servi... | X | -1,522.55 | -26,156.74 |
| Check | 07/23/2021 | 133 | US Trustee Services | X | -652.78 | -26,809.52 |
| **Total Checks and Payments** | | | | | -26,809.52 | -26,809.52 |
| **Deposits and Credits - 11 Items** | | | | | | |
| Deposit | 07/18/2021 | | | X | 895.85 | 895.85 |
| Deposit | 07/19/2021 | | | X | 897.05 | 1,792.90 |
| Deposit | 07/19/2021 | | | X | 897.05 | 2,689.95 |
| Deposit | 07/19/2021 | | | X | 996.01 | 3,685.96 |
| Deposit | 07/19/2021 | | | X | 996.01 | 4,681.97 |
| Deposit | 07/19/2021 | | | X | 1,000.05 | 5,682.02 |
| Deposit | 07/19/2021 | | | X | 1,000.05 | 6,682.07 |
| Deposit | 07/19/2021 | | | X | 1,507.37 | 8,189.44 |
| Deposit | 07/19/2021 | | | X | 1,507.37 | 9,696.81 |
| Deposit | 07/19/2021 | | | X | 1,507.37 | 11,204.18 |
| Deposit | 07/30/2021 | | | X | 0.18 | 11,204.36 |
| **Total Deposits and Credits** | | | | | 11,204.36 | 11,204.36 |
| **Total Cleared Transactions** | | | | | -15,605.16 | -15,605.16 |
| **Cleared Balance** | | | | | -15,605.16 | 18,469.39 |
| **Register Balance as of 07/31/2021** | | | | | -15,605.16 | 18,469.39 |
| **Ending Balance** | | | | | -15,605.16 | 18,469.39 |

2:55 PM
08/11/21

# Jeffrey Wu
## Reconciliation Summary
### Chase DIP Saving 9050, Period Ending 07/31/2021

|  | Jul 31, 21 |
|---|---|
| Beginning Balance | 0.22 |
| Cleared Balance | 0.22 |
| Register Balance as of 07/31/2021 | 0.22 |
| Ending Balance | 0.22 |

2:55 PM

08/11/21

# Jeffrey Wu
# Reconciliation Detail
### Chase DIP Saving 9050, Period Ending 07/31/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Beginning Balance | | | | | | 0.22 |
| Cleared Balance | | | | | | 0.22 |
| Register Balance as of 07/31/2021 | | | | | | 0.22 |
| Ending Balance | | | | | | 0.22 |



**CHASE PRIVATE CLIENT**
JPMorgan Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

July 01, 2021 through July 30, 2021
Primary Account:          )7978

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-888-994-5626 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| International Calls: | 1-713-262-1679 |

00107900 DRE 602 210 21221 NNNNNNNNNNN  1 000000000 63 0000
MYINT J KYAW
DEBTOR-IN-POSSESSION 20-72407
60 OVERLOOK RD
LOCUST VALLEY NY 11560



## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Private Client Checking | )7978 | $34,074.55 | $18,469.39 |
| Chase Private Client Savings | 50 | 0.22 | 0.22 |
| Total | | $34,074.77 | $18,469.61 |

| | | | |
|---|---|---|---|
| **TOTAL ASSETS** | | **$34,074.77** | **$18,469.61** |

## CHASE PRIVATE CLIENT CHECKING

MYINT J KYAW                                         Account Number:          )7978

DEBTOR-IN-POSSESSION 20-72407

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| Beginning Balance | $34,074.55 |
| Deposits and Additions | 11,204.36 |
| Checks Paid | -19,523.54 |
| Electronic Withdrawals | -7,285.98 |
| Ending Balance | $18,469.39 |
| | |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.18 |
| Interest Paid Year-to-Date | $1.09 |

The monthly service fee for this account was waived as an added feature of Chase Platinum Business Checking account.

CHASE PRIVATE CLIENT

July 01, 2021 through July 30, 2021
Primary Account:  **7978**

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 07/19 | Remote Online Deposit | 1 | $1,507.37 |
| 07/19 | Remote Online Deposit | 1 | 1,507.37 |
| 07/19 | Remote Online Deposit | 1 | 1,507.37 |
| 07/19 | Remote Online Deposit | 1 | 1,000.05 |
| 07/19 | Remote Online Deposit | 1 | 1,000.05 |
| 07/19 | Remote Online Deposit | 1 | 996.01 |
| 07/19 | Remote Online Deposit | 1 | 996.01 |
| 07/19 | Remote Online Deposit | 1 | 897.05 |
| 07/19 | Remote Online Deposit | 1 | 897.05 |
| 07/19 | Remote Online Deposit | 1 | 895.85 |
| 07/30 | Interest Payment | | 0.18 |
| **Total Deposits and Additions** | | | **$11,204.36** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|-----------|-------------|-----------|--------|
| 131 ^ | | 07/06 | $7,915.66 |
| 132 ^ | | 07/08 | 1,522.55 |
| 133 ^ | | 07/23 | 652.78 |
| 134 ^ | | 07/20 | 7,910.00 |
| 135 ^ | | 07/21 | 1,522.55 |
| **Total Checks Paid** | | | **$19,523.54** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check,
not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.
^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | | AMOUNT |
|------|-------------|---|---|--------|
| 07/08 | Chubb-Prs | Ins.Prem  Prs | Web ID: 4131983496 | $5,285.99 |
| 07/16 | Winters Bros Li EFT Pyml 2102498647 | | Web ID: 1330903620 | 86.90 |
| 07/19 | Lipa | Online Pay 0480800004 | Web ID: 1563585001 | 1,913.09 |
| **Total Electronic Withdrawals** | | | | **$7,285.98** |



**CHASE PRIVATE CLIENT**

July 01, 2021 through July 30, 2021

Primary Account:                '978

**CHASE PRIVATE CLIENT SAVINGS**

MYINT J KYAW                                   Account Number:           )9050

## SAVINGS SUMMARY

|                                          | AMOUNT  |
| ---------------------------------------- | ------- |
| Beginning Balance                        | $0.22   |
| Ending Balance                           | $0.22   |
| Annual Percentage Yield Earned This Period | 0.00%   |

You earned a higher interest rate on your Chase Private Client Savings account during this statement period because you had a qualifying Chase Private Client Checking account.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) Immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

   JPMorgan Chase Bank, N.A. Member FDIC

**CHASE PRIVATE CLIENT**

July 01, 2021 through July 30, 2021
Primary Account:                    978

This Page Intentionally Left Blank

**Jeffrey Wu**
## Cash Disbursements by Account
July 01 - 31, 2021

### Chase DIP Checking 7978

| Type | Date | Num | Name | Memo | Amount |
|------|------|-----|------|------|--------|
| Check | 07/06/2021 | 131 | Bank of America | Mortgage 8758 Payment | -7,915.66 |
| Check | 07/08/2021 | 132 | PHH Mortgage Services | Equity Line 9807 Payment | -1,522.55 |
| Check | 07/08/2021 | ACH | Chubb Insurance Co. | Home owner Insurance Payment | -5,285.99 |
| Check | 07/16/2021 | ACH | Winters Bros LI | Waste Removal ACH Payment | -86.90 |
| Check | 07/19/2021 | ACH | PSEGLI | PSEGLI ACH Payment | -1,913.09 |
| Check | 07/20/2021 | 134 | Bank of America | Mortgage 8758 Payment | -7,910.00 |
| Check | 07/21/2021 | 135 | PHH Mortgage Services | Equity Line 9807 Payment | -1,522.55 |
| Check | 07/23/2021 | 133 | US Trustee Services | US Trustee Quarterly Fees | -652.78 |
| **Total Chase DIP Checking 7978** | | | | | **-26,809.52** |
| **TOTAL CASH DISBURSEMENTS** | | | | | **-26,809.52** |

3:02 PM

08/12/21

# Jeffrey Wu
## Reconciliation Summary
### Preferred Bank Checking 0122, Period Ending 07/31/2021

|  | Jul 31, 21 |
|---|---|
| **Beginning Balance** | 1,119.34 |
| **Cleared Transactions** | |
| **Deposits and Credits - 1 Item** | 0.05 |
| **Total Cleared Transactions** | 0.05 |
| **Cleared Balance** | 1,119.39 |
| **Register Balance as of 07/31/2021** | 1,119.39 |
| **Ending Balance** | 1,119.39 |

3:02 PM

08/12/21

# Jeffrey Wu
## Reconciliation Detail
### Preferred Bank Checking 0122, Period Ending 07/31/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| Beginning Balance | | | | | | 1,119.34 |
| Cleared Transactions | | | | | | |
| Deposits and Credits - 1 Item | | | | | | |
| Deposit | 07/11/2021 | | | X | 0.05 | 0.05 |
| Total Deposits and Credits | | | | | 0.05 | 0.05 |
| Total Cleared Transactions | | | | | 0.05 | 0.05 |
| Cleared Balance | | | | | 0.05 | 1,119.39 |
| Register Balance as of 07/31/2021 | | | | | 0.05 | 1,119.39 |
| Ending Balance | | | | | 0.05 | 1,119.39 |



Account: ˙ 0122 Current Time: 08/11/21 8:50:57 AM

Current Balance: $1,119.43
Available Balance: $1,119.43

| Date ᵛ | Ref/Check No | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 08/10/2021 | | Interest Deposit | | $0.04 | $1,119.43 |
| 07/11/2021 | | Interest Deposit | | $0.05 | $1,119.39 |
| Totals: | | Transactions: 2 | Debits: $0.00 | Credits: $0.09 | |

2:47 PM

08/12/21

# Jeffrey Wu
## Reconciliation Summary
### Preferred Bank CD 5911, Period Ending 07/31/2021

|  | Jul 31, 21 |
|---|---|
| **Beginning Balance** | 37,544.30 |
| **Cleared Transactions** | |
| Deposits and Credits - 1 Item | 18.51 |
| **Total Cleared Transactions** | 18.51 |
| **Cleared Balance** | 37,562.81 |
| **Register Balance as of 07/31/2021** | 37,562.81 |
| **Ending Balance** | 37,562.81 |

2:47 PM

08/12/21

# Jeffrey Wu
## Reconciliation Detail
### Preferred Bank CD 5911, Period Ending 07/31/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Beginning Balance | | | | | | 37,544.30 |
|   Cleared Transactions | | | | | | |
|     Deposits and Credits - 1 item | | | | | | |
| Deposit | 07/07/2021 | | | X | 18.51 | 18.51 |
|     Total Deposits and Credits | | | | | 18.51 | 18.51 |
|   Total Cleared Transactions | | | | | 18.51 | 18.51 |
| Cleared Balance | | | | | 18.51 | 37,562.81 |
| Register Balance as of 07/31/2021 | | | | | 18.51 | 37,562.81 |
| Ending Balance | | | | | 18.51 | 37,562.81 |



Account: __911 Current Time: 08/11/21 8:50:22 AM

Current Balance: $37,581.95

| Date ▽ | Ref/Check No | Description | Debit | Credit | Balance |
|--------|--------------|-------------|-------|--------|---------|
| 08/06/2021 | | Interest Added Back | | $19.14 | $37,581.95 |
| 07/07/2021 | | Interest Added Back | | $18.51 | $37,562.81 |
| Totals: | | Transactions: 2 | Debits: $0.00 | Credits: $37.65 | |

2:55 PM

08/12/21

# Jeffrey Wu
## Reconciliation Summary
### Preferred Bank CD 6667, Period Ending 07/31/2021

|  | Jul 31, 21 |
|---|---|
| Beginning Balance | 8,375.79 |
| Cleared Transactions |  |
| Deposits and Credits - 1 Item | 4.13 |
| Total Cleared Transactions | 4.13 |
| Cleared Balance | 8,379.92 |
| Register Balance as of 07/31/2021 | 8,379.92 |
| Ending Balance | 8,379.92 |

2:55 PM
08/12/21

# Jeffrey Wu
# Reconciliation Detail
### Preferred Bank CD 6667, Period Ending 07/31/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 8,375.79 |
| **Cleared Transactions** | | | | | | |
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 07/23/2021 | | | X | 4.13 | 4.13 |
| **Total Deposits and Credits** | | | | | 4.13 | 4.13 |
| **Total Cleared Transactions** | | | | | 4.13 | 4.13 |
| **Cleared Balance** | | | | | 4.13 | 8,379.92 |
| **Register Balance as of 07/31/2021** | | | | | 4.13 | 8,379.92 |
| **Ending Balance** | | | | | 4.13 | 8,379.92 |



Account:          ᵗ Current Time: 08/11/21 8:50:32 AM

Current Balance: $8,379.92

| Date ᵛ | Ref/Check No | Description | Debit | Credit | Balance |
|--------|--------------|-------------|-------|--------|---------|
| 07/22/2021 | | Interest Added Back | | $4.13 | $8,379.92 |
| Totals: | | Transactions: 1 | Debits: $0.00 | Credits: $4.13 | |

**MYINT KYAW  A/K/A JEFFREY WU**
**CASE # 820-72407-A736**

**JULY 2021 NOTES TO MONTHLY OPERATING REPORT**

The $2,094.46 was a distribution from Hong Kong Distribution Corp. and was used to pay the following car loan. The payments were made directly from Hong Kong Distribution Corp. to the lenders' so it is not reflected on the cash receipts/cash disbursements report.

Rolls Royce payment                    $ 2,094.46

The payment was allocated between interest and principal

The following payments were paid directly or credited to the debtor's spouse:

There is no obligation of the debtor to repay any amounts due to the insiders.

| | |
|---|---:|
| Mortgage #8758 payment | $ (3,957.83) |
| Homeowners insurance paid by spouse | (2,642.99) |
| Equity line # 9807 | (761.27) |
| Waste removal | (43.45) |
| PSEGLI | (956.54) |
| Mortgage # 8758 payment | (3,955.00) |
| Equity line # 9807 | (761.27) |
| Auto insurance | 2,070.67 |
| Auto insurance | 405.23 |
| Mortgage adjustment | (.50) |
| Household expenses | 1,960.00 |
| TOTAL | $(8,642.95) |

**PRIOR PERIOD ADJUSTMENTS**

The debtor personally owns 6,944 shares of GTJ Reit, Inc. as of the petition date. This asset was not originally listed on the monthly operating reports

The debtor previously recorded a deposit of $60,000 from Isshindou November 2020.as a loan from an insider.  It has been determined that the funds were for money that was due the debtor prepetition.

The debtor is the one hundred percent owner of an entity called VWU888 LLC  (VW)which owns a 22.1929% interest in GTJ Realty LP. During the post petition period VW was allocated

distributions totaling $3,244,985.38. The funds were deposited directly with Zee Bridge Capital based on a pledge agreement.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re    Myint Kyaw a/k/a Jeffrey Wu
         Debtor

Case No.: 820-72407-A736
Reporting Period: 07/01 - 07/31/21

BALANCE SHEET - continuation Sheet

| | Market Value on (KBB.COM) 06/30/21 | Loan Balance on 06/30/21 | Book Value on 06/30/21 | Market Value on Petition Date 07/08/2020 | Loan Balance on Petition Date 07/08/2020 | Book Value on Petition Date 07/08/2020 |
|---|---|---|---|---|---|---|
| **Schedule A:** | | | | | | |
| **Property:** | | | | | | |
| **Vehicles:** | | | | | | |
| 2009 Porsche Cayenne | 15,800.00 | | 15,800.00 | 15,800.00 | - | 15,800.00 |
| 2010 Bentley Continental | 60,000.00 | 5,564.40 | 54,435.60 | 60,000.00 | 18,029.69 | 41,970.31 |
| 2011 Land Rover Range Rover | Sold to Dealer 01/21/21 | | - | 13,000.00 | - | 13,000.00 |
| 2014 Audi R8 | 70,000.00 | - | 70,000.00 | 70,000.00 | 23,506.49 | 46,493.51 |
| 2015 Land Rover Range Rover | 43,000.00 | | 43,000.00 | 43,000.00 | - | 43,000.00 |
| 2015 Rolls Royce Wraith | 120,000.00 | 69,414.00 | 50,586.00 | 120,000.00 | 92,133.56 | 27,866.44 |
| 2016 Land Rover Range Rover | 50,000.00 | | 50,000.00 | 50,000.00 | - | 50,000.00 |
| 2019 BMW X7 | Insurance Claim - Total Loss 12/20 | | - | 67,000.00 | 49,118.40 | 17,881.60 |
| **Total Vehicles** | 358,800.00 | 74,978.40 | 283,821.60 | 438,800.00 | 182,788.14 | 256,011.86 |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:    Myint Kyaw a/k/a Jeffrey Wu
       Debtor

Case No.:   820-72407-A736
Reporting Period:   07/01 - 07/31/21

**BALANCE SHEET - continuation sheet**

**Other Assets:**
**Schedule B -**
Investment - Partnership -

| % Interest | Description and Location of Property | Book Value | Appraised Value | Market Value | O/S Mortgage/Debt (Creditor) | Net Value |
|---|---|---|---|---|---|---|
| 50 | Flushing Landmark Realty LLC<br>41-60 Main Street,<br>Flushing, Queens, New York 11355<br>93,500 square Feet 3-story commercial retail/office building. | $2,278,572<br>(May 31, 2021) | $60,000,000<br>(October 12, 2018) | $48,000,000 | $52,363,135<br>41-60 Main Street LLC (Bluestone)<br>C/O Kriss & Feuerstein LLP<br>360 Leinton Avenue, 12th Floor,<br>New York NY 10017 | ($4,498,073) |
| | | | | | $75,000<br>SBA EIDL Loan | |
| | | | | | $59,938<br>(Default Judgement)<br>East West Bank<br>C/O Sher Tremonte LLP<br>90 Broad Street, 23rd Floor<br>New York, NY 10004 | |
| 50 | Flushing Landmark Realty Mezz LLC<br>133-38 Sanford Avenue, Suite # PHB,<br>Flushing, New York 11355<br>Interest Holder of Flushing Landmark Realty LLC | $0<br>(May 31, 2021) | - | $0 | $6,030,381<br>Landmark Portfolio Mezz LLC<br>C/O Kriss and Feuerstein LLP<br>360 Lexington Avenue, Suite 1200<br>New York NY 10017 | ($6,030,381) |
| 50 | Lucky Star-Deer Park LLC<br>377 Carlls Path,<br>Deer Park, New York 11729<br>184,000 square feet - 4 Buildings for Truck Terminal/Warehouse. | $1,951,341<br>(May 31, 2021) | $13,500,000<br>(April 17, 2019) | $12,150,000 | $3,080,014<br>41-60 Main Street LLC (Bluestone)<br>C/O Kriss and Feuerstein LLP<br>360 Lexington Avenue, 12th Floor,<br>New York, NY 10017 | $3,961,485 |
| | | | | | $75,000<br>SBA EIDL Loan | |
| | | | | | $33,491<br>Judgement<br>Cameron Engineering | |
| 50 | Lucky Star-Deer Park Mezz LLC<br>133-38 Sanford Avenue, Suite # PHB,<br>Flushing, New York 11355<br>Interest Holder of Lucky Star Deer Park LLC | $0<br>(May 31, 2021) | - | $0 | $947,000<br>Landmark Portfolio Mezz LLC<br>C/O Kriss and Feuerstein LLP<br>360 Lexington Avenue, Suite 1200<br>New York NY 10017 | ($947,000) |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re: Myint Kyaw a/k/a Jeffrey Wu
Debtor

Case No.: 820-72407-A735
Reporting Period: 07/01 - 07/31/21

BALANCE SHEET - continuation sheet

**Other Assets:**
**Schedule B -**
Investment - Partnership -

| %<br>Interest | Description and Location of Property | Book Value | Appraised Value | Market Value | O/S Mortgage/Debt<br>(Creditor) | Net Value |
|---|---|---|---|---|---|---|
| 99 | 130 Bowery LLC<br>133-38 Sanford Avenue, Suite # PHB,<br>Flushing, New York 11355<br>Commercial Property Owner - Triple Net Lease to CVS Drug Store. # 8801 | $2,249,551<br>(December 31, 2020) | - | $2,103,206 | $1,024,543<br>Wells Fargo Bank, N.A.<br>299 South Main Street, 12th Floor,<br>Salt Lake City, Utah 84111 | $1,078,662 |
| 100 | VWU888 LLC<br>133-38 Sanford Avenue, Suite # PHB,<br>Flushing, New York 11355<br>Interest Holder of 841,646 + 3,710,601 shares ($ 15.77/share) of GTJ Realty LP<br>(equivalent 22.1929 % interest holder of GTJ Realty LP) | $0<br>(May 31, 2021) | - | $71,788,935 | $3,521,959<br>ZEE Bridge Capital LLC<br>450 Lexington Avenue,<br>New York, NY 10017 | $68,266,976 |
| 47.9 | Hong Kong Supermarket of Allston LLC<br>1 Brighton Avenue,<br>Allston, MA 02134<br>Asian Supermarkets | $0<br>(May 31, 2021) | - | $1,437,000 | $3,538,157<br>Hay Market Capital LLC<br>C/O Meister Seilig and Fein LLP<br>125 Park Avenue, 7th Floor<br>New York NY 10017 | ($781,157) |
| 44 | Hong Kong Supermarket of Malden LLC<br>188 Commercial Street<br>Malden, MA 02148<br>Asian Supermarket | $0<br>(May 31, 2021) | - | $1,320,000 | | |
| 99 | Super HK, HG LLC<br>12565 Carson Street,<br>Hawaiian Gardens, CA 90716<br>Asian Supermarket - closed | $0<br>(May 31, 2021) | - | $0 | $0 | $0 |
| 95 | Wu's Enterprise LLC<br>133-38 Sanford Avenue, Suite # PHB,<br>Flushing, NY 11355<br>Retail Investor | $120,193<br>(December 31, 2020) | - | $120,193 | $0 | $120,193 |
| | Total Investment - Partnership | | | $136,919,334 | $75,746,818 | $81,170,716 |

Page 2 of 2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re: **Myint Kyaw a/k/a Jeffrey Wu**
        Debtor

Case No.: **820-72407-4739**
Reporting Period: **07/01 - 07/31/21**

## BALANCE SHEET - continuation sheet

**Other Assets:**
Schedule C -
Investment - Incorporated Companies -

| % Interest | Description and Location of Property | Book Value | Appraised Value | Market Value | O/S Mortgage/Debt (Creditor) | Net Value |
|---|---|---|---|---|---|---|
| 50 | WuMac Inc.<br>100 Aviation Blvd.,<br>South Portland, ME 04106<br>Commercial Aircraft Owner | **$2,834,523**<br>(July 31, 2020) | - | $3,000,000 | **$666,606**<br>Shareholder's advance | $2,333,394 |
| 50 | Victoria Towers Development Corp.<br>133-38 Sanford Avenue,<br>Flushing, New York 11355<br>Commercial Property Developer | **$25,840,264**<br>(April 30, 2021) | **$28,191,897**<br>(July 26, 2019)<br>(49 unsold units) | $25,372,707 | **$5,778,084**<br>41-60 Main Street LLC (Bluestone)<br>C/O Kriss and Feuerstein LLP<br>360 Lexington Avenue, 12th Floor,<br>New York, NY 10017<br><br>**$12,608,333**<br>American Chengri Investment Management Inc.<br>40-22 College Point Blvd., Suite PH 2L,<br>Flushing, NY 11354<br><br>**$10,905,018**<br>Sanford Avenue Partner LLC<br>C/O Kravit Partners, LLC<br>79 Madison Avenue, Suite 1200<br>New York, NY 10017<br><br>**$1,236,798**<br>(Judgement)<br>Sam Sprei<br>C/O Kravel and Vogel LLP<br>555 Fifth Ave., 14th Floor<br>New York NY 10017-9257 | ($5,855,527) |
| 50 | Victoria Towers Development Mezz Corp.<br>133-38 Sanford Avenue, Suite # PHB,<br>Flushing, New York 11355<br>Interest Holder of Commercial Property Developer. | $0 | $0 | $0 | **$794,600.96**<br>Landmark Portfolio Mezz LLC<br>C/O Kriss and Feuerstein LLP<br>360 Lexington Avenue, Suite 1200<br>New York NY 10017 | ($794,601) |
| 100 | Queen Elizabeth Realty Corp.<br>68 - 80 Elizabeth Street<br>NY NY<br>Commercial Condominium Owner. -<br>- 28,002 S/F Retail/Storage. | **$3,163,413**<br>(May 31, 2021) | **$35,800,000**<br>(February 4, 2019) | $32,220,000 | **$19,197,155**<br>Bank of America N.A.<br>P.O. Box 105483<br>Atlanta GA 30348-5483<br><br>**$10,298,959**<br>41-60 Main Street LLC (Bluestone) | $740,341 |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re: Myint Kyaw a/k/a Jeffrey Wu
Debtor

Case No.: 820-72407-A736
Reporting Period: 07/01 - 07/31/21

## BALANCE SHEET - continuation sheet

**Other Assets:**
**Schedule C -**
Investment - Incorporated Companies -

| % Interest | Description and Location of Property | Book Value | Appraised Value | Market Value | O/S Mortgage/Debt (Creditor) | Net Value |
|---|---|---|---|---|---|---|
| | | | | | C/O Kriss and Feuerstein LLP 360 Lexington Avenue, 12th Floor, New York, NY 10017 | |
| | | | | | $150,000 SBA EIDL Loan | |
| | | | | | $1,833,545 Landmark Portfolio Mezz LLC C/O Kriss and Feuerstein LLP 360 Lexington Avenue, Suite 1200 New York NY 10017 | |
| 100 | Hong Kong Distribution Corp. 55-01 Maspeth Avenue, Maspeth, NY 11378 Warehouse and Distribution Center | $0 (May 31, 2021) | - | $0 | $0 | $0 |
| 100 | Hong Kong Supermarket of Hester Street Corp. 157 Hester Street, New York, New York 10013 Asian Supermarket | $1,804,267 (December 31, 2019) | - | $3,000,000 | $0 | $3,000,000 |
| 100 | Hong Kong Supermarket Holding Corp. 133-38 Sanford Avenue, Suite # PHA, Flushing, New York 11355 Asian Supermarket Holding Company | $0 | - | $4,000,000 | $0 | $4,000,000 |
| 100 | Hong Kong Supermarket of Pennsylvania Inc. (sub-s Corp.) 571 Adams Avenue, Philadelphia, PA 19124 Asian Supermarket | | | | | |
| 100 | Hong Kong Supermarket of Elmhurst Inc. (sub-s Corp.) 82 - 02 45 Avenue, Elmhurst, New York 11373 Lease holder - Property Management | | | | | |
| 100 | Hong Kong Plaza Management Corp. (sub-s Corp.) 133-38 Sanford Avenue, Suite # PHB, Flushing, New York 11355 Leaseholder - Property Management | | | | | |
| 51 | Super HK Supermarket of Flushing LP (51 % owned by Holding Corp.) | $1,856,078    Page 2 of 3 | - | | | |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:    Myint Kyaw a/k/a Jeffrey Wu
          Debtor

Case No.:            820-72407-A736
Reporting Period:    07/01 - 07/31/21

**BALANCE SHEET - continuation sheet**

**Other Assets:**
**Schedule C -**
Investment - Incorporated Companies -

| % Interest | Description and Location of Property | Book Value (December 31, 2019) | Appraised Value | Market Value | O/S Mortgage/Debt (Creditor) | Net Value |
|---|---|---|---|---|---|---|
| | 37 - 11 Main Street, Flushing, New York 11354 Asian Supermarket | | | | | |
| | Total Investment - Incorporated Companies | $35,488,544 | | $57,592,707 | $54,169,100 | $3,423,607 |

Page 3 of 3