UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In re:

    MYINT KYAW a/k/a,                              Case No. 820-72407-reg
    JEFFREY WU,

                    Debtor.                                  Chapter 11

-------------------------------------------------------X

## ORDER APPROVING THE UNITED STATES TRUSTEE'S APPOINTMENT OF CHAPTER 11 TRUSTEE

        Upon the Application for an Order Approving the United States Trustee's Appointment of a Chapter 11 Trustee (the "Chapter 11 Trustee"); and the United States Trustee having selected Lori Lapin Jones, Esq., of Lori Lapin Jones PLLC, for the appointment of a Chapter 11 Trustee; and Lori Lapin Jones, Esq., of Lori Lapin Jones PLLC having accepted appointment to serve as the Chapter 11 Trustee in the above captioned chapter 11 case, it is hereby,

        ORDERED, that the appointment of Lori Lapin Jones, Esq., of Lori Lapin Jones PLLC as the Chapter 11 Trustee, herein, pursuant to 11 U.S.C. sec 1104(d), is approved.



Dated: Central Islip, New York                                    _____
     September 17, 2021                                              Robert E. Grossman
                                                                             United States Bankruptcy Judge