UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| In re | |
| --- | --- |
| MYINT A/K/A/ JEFFREY WU | Chapter 11 |
| Debtor. | Case No. 820-72407-A736 |

Monthly Operating for the Period August 1, 2021 to August 31, 2021

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH -ACTUAL" column must equal the sum of the three bank account columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be included for each bank account.

| | BANK ACCOUNTS | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| ACCOUNT NUMBER (LAST 4) | Chase DIP Checking Acct # 7978 | Chase DIP Saving Acct # 9050 | Preferred Bank Acct # 0122 | Preferred Bank CD Acct # 8911 | Preferred Bank Acct # 6667 | Total |
| CASH BEGINNING OF MONTH | $18,469.39 | $0.22 | $1,119.39 | $37,562.81 | $8,379.92 | $65,531.73 |
| **RECEIPTS** | | | | | | |
| GROSS SALARY | $ 32,300.00 | | | | | $ 32,300.00 |
| DIVIDEND INCOME | $ 694.40 | | | | | $ 694.40 |
| INTEREST INCOME | $ 0.14 | | $ 0.04 | $ 19.14 | $ 4.28 | $ 23.60 |
| TOTAL RECEIPTS | 32,994.54 | | $ 0.04 | $ 19.14 | $ 4.28 | $ 33,018.00 |
| **DISBURSEMENTS** | | | | | | |
| UTILITIES | $ 2,790.13 | | | | | $ 2,790.13 |
| US TRUSTEE | $ 12,033.96 | | | | | $ 12,033.96 |
| HOME MORTGAGE 9807 | | | | | | |
| HOME MORTGAGE 8758 | $ 15,886.32 | | | | | $ 15,886.32 |
| HOME OWNER INSURANCE | $ 5,279.32 | | | | | $ 5,279.32 |
| HOUSEHOLD EXPENSES | $ 86.90 | | | | | $ 86.90 |
| PAYROLL TAXES | $ 5,612.10 | | | | | $ 5,612.10 |
| TOTAL DISBURSEMENTS | 41,688.73 | | | | | 41,688.73 |
| | | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | (8,694.19) | | 0.04 | 19.14 | 4.28 | (8,670.73) |
| | | | | | | |
| CASH – END OF MONTH | $9,775.20 | $ 0.22 | $ 1,119.43 | $ 37,581.95 | $ 8,384.20 | $ 56,861.00 |

THE FOLLOWING SECTION MUST BE COMPLETED

DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | | |
| --- | --- | --- |
| TOTAL DISBURSEMENTS | $41,688.73 | |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | $0.00 | |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | $0.00 | |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. | $41,688.73 | |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| In re | |
|---|---|
| MYINT A/K/A/ JEFFREY WU | Chapter 11 |
| Debtor. | Case No. 820-72407-A736 |

Monthly Operating for the Period August 1, 2021 to August 31, 2021

BANK RECONCILIATIONS

Continuation Sheet for MOR-1

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted (Bank account numbers may be redacted to last four numbers.)

| | ACCT # 7978 | Acct # 9050 | Acct # 0122 | Acct # 5911 | Acct # 6667 | |
|---|---|---|---|---|---|---|
| BALANCE PER BOOKS | $9,775.20 | $ 0.22 | $ 1,119.43 | $ 37,581.95 | $ 8,384.20 | |
| | | | | | | |
| BANK BALANCE | $9,775.20 | $ 0.22 | $ 1,119.43 | $ 37,581.95 | $ 8,384.20 | |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | | | | | | |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* : | | | $ - | | | |
| OTHER *(ATTACH EXPLANATION) Rounding* | | | | | | |
| | | | | | | |
| ADJUSTED BANK BALANCE * | $9,775.20 | $ 0.22 | $ 1,119.43 | $ 37,581.95 | $ 8,384.20 | |

| DEPOSITS IN TRANSIT | Date | Date | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| CHECKS OUTSTANDING | Date | Ck. # | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF NEW YORK | |
|---|---|
| In re<br><br>MYINT KYAW A/K/A/ JEFFREY WU,<br><br>Debtor. | Chapter 11<br><br>Case No. 820-72407-A736 |

### Monthly Operating for the Period August 1, 2021 to August 31, 2021
### STATEMENT OF OPERATIONS (Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| INCOME | | MONTH | CUMULATIVE JULY 8, 2020 TO DATE | | |
|---|---|---|---|---|---|
| GROSS SALARY | | $32,300.00 | $244,300.00 | | |
| DISTRIBUTIONS HKS | | $2,094.46 | $70,017.61 | | |
| STATE INCOME TAX REFUNDS | | | $20,706.00 | | |
| DIVIDEND INCOME | | $694.40 | $2,777.60 | | |
| INTEREST INCOME | | $23.60 | $17,018.87 | | |
| NYS DMV REFUND | | | $94.00 | | |
| US ECONOMIC | | | $4,100.00 | | |
| TOTAL INCOME | | $35,112.46 | $359,014.08 | | |
| OPERATING EXPENSES | | | | | |
| PAYMENT OF GUARANTEE | | | $1,517,560.04 | | |
| HOUSEHOLD EXPENSES | $ | 2,000.45 | $24,113.54 | | |
| AUTO INSURANCE | $ | 2,236.20 | $28,551.31 | | |
| BANK CHARGES | | | $6,959.30 | | |
| FINANCE CHARGE | $ | 281.83 | $7,467.32 | | |
| HOME OWNER INSURANCE | $ | 2,639.66 | $31,619.40 | | |
| STATE INCOME TAXES | | | $369.32 | | |
| LIFE INSURANCE PREMIUM | | | $65,620.00 | | |
| PROFESSIONAL FEES TAX PROTEST | | | $7,028.55 | | |
| UTILITIES | $ | 1,395.07 | $13,184.40 | | |
| REAL ESTATE TAXES | | | $21,953.09 | | |
| PAYROLL TAXES | $ | 5,612.10 | $41,892.59 | | |
| TOTAL OPERATING EXPENSES BEFORE DEPRECIATION | $ | 14,165.31 | $1,766,318.86 | | |
| DEPRECIATION/AMORTIZATION EXPENSE | | | $0.00 | | |
| NET PROFIT/LOSS BEFORE REORGINAZATION EXP | $ | 20,947.15 | ($1,407,304.78) | | |
| OTHER INCOME AND EXPENSES | | | | | |
| OTHER INCOME (ATTACH SCHEDULE) | | | | | |
| INTEREST MORTGAGE | | 2,466.14 | $27,778.40 | | |
| OTHER EXPENSE (ATTACH SCHEDULE) | | | | | |
| NET PROFIT/LOSS BEFORE REORGANIZATION EXPENSES | $ | 18,481.01 | ($1,435,083.18) | | |
| REORGANIZATION ITEMS | | | | | |
| PROFESSIONAL FEES | | $23,844.38 | $245,296.90 | | |
| US TRUSTEE QUARTERLY FEES | $ | 12,033.96 | $15,937.21 | | |
| INTEREST EARNED ON ACCUMULATED CASH | | | | | |
| GAIN/LOSS ON SALE OF PROPERTY | | | ($12,304.52) | | |
| OTHER REORGANIZATION EXPENSES | | | | | |
| | | | | | |
| INCOME TAXES | | | | | |
| NET PROFIT LOSS | $ | (17,397.33) | ($1,708,621.81) | | |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re

MYINT KYAW A/K/A JEFFREY WU.

Debtor.

Chapter 11

Case No. 820-72407-A736

**Monthly Operating for the Period August 1, 2021 to August 31, 2021**

**BALANCE SHEET**

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | | BOOK VALUE ON PETITION DATE OR SCHEDULED |
|---|---|---|---|---|
| **CURRENT ASSETS** | | | | |
| Unrestricted Cash and Equivalents | $ 56,861.00 | $ 65,531.73 | | $ 1,558,494.29 |
| Restricted Cash and Cash Equivalents *(see continuation sheet)* | | | | |
| Accounts Receivable (Net) | | | | $ 60,000.00 |
| Cash escrow account at Weinberg | $ 8,000.00 | $ 8,000.00 | | |
| Prepaid Expenses | | | | $ 8,000.00 |
| Professional Retainers | | | | |
| Other Current Assets *(attach schedule)* | | | | |
| *TOTAL CURRENT ASSETS* | $ 64,861.00 | $ 73,531.73 | | $ 1,626,494.29 |
| **PROPERTY & EQUIPMENT** | | | | |
| Real Property and Improvements | $ 8,000,000.00 | $ 8,000,000.00 | | $ 8,000,000.00 |
| Machinery and Equipment | | | | |
| Furniture, Fixtures and Office Equipment | | | | |
| Leasehold Improvements | | | | |
| Vehicles (not of outstanding loans) Schedule attached | $ 285,634.23 | $ 283,821.60 | | $ 256,011.86 |
| Less:  Accumulated Depreciation | | | | |
| *TOTAL PROPERTY & EQUIPMENT* | $ 8,285,634.23 | $ 8,283,821.60 | | $ 8,256,011.86 |
| **OTHER ASSETS** | | | | |
| Amounts due from Insiders* | | | | |
| Other Assets *(attach schedule)* | $ 5,313,740.56 | $ 5,295,088.30 | | $ 5,210,135.44 |
| *TOTAL OTHER ASSETS* | $ 5,313,740.56 | $ 5,295,088.30 | | $ 5,210,135.44 |
| *TOTAL ASSETS* | $ 13,664,235.79 | $ 13,652,441.63 | | $ 15,092,641.59 |
| *LIABILITIES AND OWNER EQUITY* | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | | BOOK VALUE ON PETITION DATE |
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | | | |
| Professional and US Trustee fees | $237,296.90 | $213,452.52 | | |
| Amounts Due to Insiders* | 27,625.37 | 34,237.23 | | |
| Other Post-petition Liabilities *(attach schedule)* | | | | |
| *TOTAL POST-PETITION LIABILITIES* | $264,922.27 | $247,689.75 | | |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | | | |
| Secured Debt | $ 2,060,803.42 | $ 2,067,496.71 | | $2,155,827.86 |
| Priority Debt | $ 8,671,867.40 | $ 8,671,867.40 | | $8,671,867.40 |
| Unsecured Debt | $ 31,697,983.00 | $31,697,983.00 | | $31,698,913.23 |
| *TOTAL PRE-PETITION LIABILITIES* | $ 42,430,653.82 | $ 42,437,347.11 | | $42,526,608.49 |
| *TOTAL LIABILITIES* | $ 42,695,576.09 | $ 42,685,036.86 | | $42,526,608.49 |
| **OWNERS' EQUITY** | | | | |
| Capital Stock | $ (27,603,472.90) | $ (27,603,472.90) | | ($27,603,472.90) |
| Capital stock (adustments) | $ 169,506.00 | $ 169,506.00 | | $169,506.00 |

| | | | | |
|---|---|---|---|---|
| Retained Earnings - Post-petition | $ (1,708,621.81) | $ (1,691,224.48) | | |
| Adjustments to Owner Equity *(attach schedule)* | $ 111,251.67 | $ 92,599.41 | | |
| Post-petition Contributions *(attach schedule)* | $ (3.26) | $ (3.24) | | |
| *NET OWNERS' EQUITY* | $ (29,031,340.30) | $ (29,032,595.21) | | ($27,433,966.90) |
| TOTAL LIABILITIES AND OWNERS' EQUITY | $ 13,664,235.79 | $ 13,652,441.65 | | $15,092,641.59 |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>    MYINT KYAW A/K/A JEFFREY WU,<br><br>        Debtor. | Chapter 11<br><br>Case No. 820-72407-A736 |

Monthly Operating for the Period August 1, 2021 to August 31, 2021

BALANCE SHEET *continued*

BALANCE SHEET - continuation section

| ASSETS | END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Assets | | | |
| Household items | 101,000.00 | 101,000.00 | 101,000.00 |
| Painting, art and collectibles | 50,000.00 | 50,000.00 | 50,000.00 |
| Clothing | 3,000.00 | 3,000.00 | 3,000.00 |
| Fur and jewelry | 8,000.00 | 8,000.00 | 8,000.00 |
| Marketable securities | 437,872.56 | 419,220.30 | 334,267.44 |
| Investments Incorporate companies | 4,604,362.00 | 4,604,362.00 | 4,604,362.00 |
| GTJ Reit, Inc. 6,944 shares | 109,506.00 | 109,506.00 | 109,506.00 |
| Total other assets | 5,313,740.56 | 5,295,088.30 | 5,210,135.44 |
| | | | |
| Total Other assets | | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING | | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Amounts due insiders | | | |
| Due to insiders (spouse/son see schedule attached) | $27,625.37 | $34,237.23 | |
| | | | |
| Due to insiders (Isshindou) | $0.00 | $0.00 | |
| Total amounts due insiders | $27,625.37 | $34,237.23 | |
| Adjustments to owners equity | | | |
| Adjustments reflect the increase in value of other assets | $111,251.67 | $92,599.41 | |
| Reduction in IRS debt | | | |
| Total | $111,251.67 | $92,599.41 | |
| Post-Petition Contributions | | | |
| Restricted Cash:  Cash that is restricted for a specific use and not available to fund operations. | | | |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| In re<br><br>MYINT KYAW A/K/A JEFFREY WU.<br><br>Debtor. | Chapter 11<br><br>Case No. 820-72407-A736 |
|---|---|

## Monthly Operating for the Period August 1, 2021 to August 31, 2021

### SUMMARY OF UNPAID POST-PETITION DEBTS

| | Current | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | | 0-30 | 31-60 | 61-90 | 91-120 | Over 120 |
| Property taxes | | | | | | |
| Management fees | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | $23,844.49 | $1,000.00 | $39,557.00 | $1,000.00 | $35,553.42 | 136,341.99 |
| Sales tax | | | | | | |
| Other Post-Petition debt *(list creditor)* | | | | | | |
| U. S. Trustee fees | | | | | | |
| Maintenance | | | | | | |
| Amounts due to insiders | | | $14,340.57 | | $6,518.39 | 6,766.41 |
| | | | | | | |
| | | | | | | |
| **Total Post-petition Debts** | $23,844.49 | $1,000.00 | $53,897.57 | $1,000.00 | $42,071.81 | 143,108.40 |

**MYINT KYAW  A/K/A JEFFREY WU**
**CASE # 820-72407-A736**

## AUGUST 2021 NOTES TO MONTHLY OPERATING REPORT

The $2,094.46 was a distribution from Hong Kong Distribution Corp. and was used to pay the following car loan. The payments were made directly from Hong Kong Distribution Corp. to the lenders' so it is not reflected on the cash receipts/cash disbursements report.

    Rolls Royce payment                    $ 2,094.46

    The payment was allocated between interest and principal

The following payments were paid directly or credited to the debtor's spouse:

There is no obligation of the debtor to repay any amounts due to the insiders.

| | |
|---|---:|
| Mortgage #8758 payment | $ (7,943.16) |
| Homeowners insurance paid by spouse | (2,639.66) |
| Equity line # 9807 | .77 |
| Waste removal | (43.45) |
| PSEGLI | (1,174.46) |
| Mortgage # 8758 payment | 1,215.50 |
| Locust Valley | (220.60) |
| Auto insurance | 1,830.97 |
| Auto insurance | 405.23 |
| Household expenses | 1,957.00 |
| TOTAL | $(6,611.86) |

## PRIOR PERIOD ADJUSTMENTS

The debtor personally owns 6,944 shares of GTJ Reit, Inc. as of the petition date. This asset was not originally listed on the monthly operating reports

The debtor previously recorded a deposit of $60,000 from Isshindou November 2020.as a loan from an insider.  It has been determined that the funds were for money that was due the debtor prepetition.

The debtor is the one hundred percent owner of an entity called VWU888 LLC  (VW)which owns a 22.1929% interest in GTJ Realty LP. During the post petition period VW was allocated distributions totaling $3,244,985.38. The funds were deposited directly with Zee Bridge Capital based on a pledge agreement.

2:02 PM
09/14/21

# Jeffrey Wu
## Reconciliation Summary
### Chase DIP Checking 7978, Period Ending 08/31/2021

|  | Aug 31, 21 |
|---|---|
| **Beginning Balance** | 18,469.39 |
|   Cleared Transactions | |
|     Checks and Payments - 6 Items | -36,076.63 |
|     Deposits and Credits - 26 Items | 27,382.44 |
|   **Total Cleared Transactions** | -8,694.19 |
| **Cleared Balance** | 9,775.20 |
| Register Balance as of 08/31/2021 | 9,775.20 |
| **Ending Balance** | 9,775.20 |

2:03 PM
09/14/21

# Jeffrey Wu
## Reconciliation Detail
### Chase DIP Checking 7978, Period Ending 08/31/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Beginning Balance | | | | | | 18,469.39 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 6 Items** | | | | | | |
| Check | 08/09/2021 | ACH | Chubb Insurance Co. | X | -5,279.32 | -5,279.32 |
| Check | 08/12/2021 | 136 | Bank of America | X | -15,886.32 | -21,165.64 |
| Check | 08/12/2021 | ach | PSEGLI | X | -2,348.93 | -23,514.57 |
| Check | 08/17/2021 | ACH | US Trustee Services | X | -12,033.96 | -35,546.53 |
| Check | 08/17/2021 | ACH | Winters Bros LI | X | -88.90 | -35,635.43 |
| Check | 08/24/2021 | 137 | Locust Valley Water ... | X | -441.20 | -36,076.63 |
| Total Checks and Payments | | | | | -36,076.63 | -36,076.63 |
| **Deposits and Credits - 26 Items** | | | | | | |
| Deposit | 08/02/2021 | | | | | |
| Deposit | 08/02/2021 | | | X | 694.40 | 694.40 |
| Deposit | 08/02/2021 | | | X | 897.05 | 1,591.45 |
| Deposit | 08/02/2021 | | | X | 897.05 | 2,488.50 |
| Deposit | 08/02/2021 | | | X | 995.46 | 3,483.96 |
| Deposit | 08/02/2021 | | | X | 995.46 | 4,479.42 |
| Deposit | 08/02/2021 | | | X | 995.46 | 5,474.88 |
| Deposit | 08/02/2021 | | | X | 995.46 | 6,470.34 |
| Deposit | 08/02/2021 | | | X | 995.47 | 7,465.81 |
| Deposit | 08/02/2021 | | | X | 995.47 | 8,461.28 |
| Deposit | 08/02/2021 | | | X | 995.47 | 9,456.75 |
| Deposit | 08/02/2021 | | | X | 995.47 | 10,452.22 |
| Deposit | 08/02/2021 | | | X | 1,507.37 | 11,959.59 |
| Deposit | 08/05/2021 | | | X | 1,507.37 | 13,466.96 |
| Deposit | 08/05/2021 | | | X | 897.05 | 14,364.01 |
| Deposit | 08/16/2021 | | | X | 1,507.37 | 15,871.38 |
| Deposit | 08/16/2021 | | | X | 897.05 | 16,768.43 |
| Deposit | 08/16/2021 | | | X | 897.05 | 17,665.48 |
| Deposit | 08/16/2021 | | | X | 995.46 | 18,660.94 |
| Deposit | 08/16/2021 | | | X | 995.46 | 19,656.40 |
| Deposit | 08/16/2021 | | | X | 1,507.37 | 21,163.77 |
| Deposit | 08/24/2021 | | | X | 1,507.37 | 22,671.14 |
| Deposit | 08/24/2021 | | | X | 995.47 | 23,666.61 |
| Deposit | 08/24/2021 | | | X | 995.47 | 24,662.08 |
| Deposit | 08/24/2021 | | | X | 1,212.85 | 25,874.93 |
| Deposit | 08/31/2021 | | | X | 1,507.37 | 27,382.30 |
| | | | | | 0.14 | 27,382.44 |
| Total Deposits and Credits | | | | | 27,382.44 | 27,382.44 |
| Total Cleared Transactions | | | | | -8,694.19 | -8,694.19 |
| Cleared Balance | | | | | -8,694.19 | -8,694.19 |
| Register Balance as of 08/31/2021 | | | | | -8,694.19 | 9,775.20 |
| Ending Balance | | | | | -8,694.19 | 9,775.20 |

**Jeffrey Wu**
**Cash Disbursements by Account**
As of August 01 - 31, 2021

| | Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---|---|
| **Chase DIP Checking 7978** | | | | | | |
| | Check | 08/09/2021 | ACH | Chubb Insurance Co. | Home owner Insurance AUG 2021 ACH | -5,279.32 |
| | Check | 08/12/2021 | 136 | Bank of America | Mortgage 8758 Payment | -15,886.32 |
| | Check | 08/12/2021 | ACH | PSEGLI | ACH Home Utility Aug 2021 | -2,348.93 |
| | Check | 08/17/2021 | ACH | US Trustee Services | ACH Revised US Trustee Quarterly Fees | -12,033.96 |
| | Check | 08/17/2021 | ACH | Winters Bros LI | ACH Waste Removal Aug 2021 | -88.90 |
| | Check | 08/24/2021 | 137 | Locust Valley Water District | Water/Sewer 03.10.21 - 06.21.21 | -441.20 |
| **Total Chase DIP Checking 7978** | | | | | | -36,078.63 |
| **TOTAL CASH DISBURSEMENTS** | | | | | | -36,078.63 |

12:09 PM

09/14/21

# Jeffrey Wu
## Reconciliation Summary
### Chase DIP Saving 9050, Period Ending 08/31/2021

|                                          | Aug 31, 21 |
| ---------------------------------------- | ---------- |
| Beginning Balance                        |            |
| Cleared Balance                          | 0.22       |
|                                          | 0.22       |
| Register Balance as of 08/31/2021        |            |
|                                          | 0.22       |
| Ending Balance                           |            |
|                                          | 0.22       |

12:10 PM

09/14/21

# Jeffrey Wu
## Reconciliation Detail
### Chase DIP Saving 9050, Period Ending 08/31/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Beginning Balance | | | | | | |
| Cleared Balance | | | | | | 0.22 |
| | | | | | | 0.22 |
| Register Balance as of 08/31/2021 | | | | | | |
| | | | | | | 0.22 |
| Ending Balance | | | | | | |
| | | | | | | 0.22 |



**CHASE PRIVATE CLIENT**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

July 31, 2021 through August 31, 2021
Primary Account: ●●●●●●●7978

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-888-994-5626 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| International Calls: | 1-713-262-1679 |



00108047 DRE 802 210 24421 NNNNNNNNNNN 1 000000000 68 0000
MYINT J KYAW
DEBTOR-IN-POSSESSION 20-72407
60 OVERLOOK RD
LOCUST VALLEY NY 11560

## CONSOLIDATED BALANCE SUMMARY

**ASSETS**

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Private Client Checking | ●●●●●●7978 | $18,469.39 | $9,775.20 |
| Chase Private Client Savings | ●●●●●●9050 | 0.22 | 0.22 |
| Total | | $18,469.61 | $9,775.42 |
| | | | |
| **TOTAL ASSETS** | | **$18,469.61** | **$9,775.42** |

## CHASE PRIVATE CLIENT CHECKING

MYINT J KYAW

Account Number: ●●●●●●7978

DEBTOR-IN-POSSESSION 20-72407

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| Beginning Balance | $18,469.39 |
| Deposits and Additions | 27,382.44 |
| Checks Paid | -16,327.52 |
| Electronic Withdrawals | -19,749.11 |
| Ending Balance | $9,775.20 |
| | |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.14 |
| Interest Paid Year-to-Date | $1.23 |

The monthly service fee for this account was waived as an added feature of Chase Platinum Business Checking account.

**CHASE PRIVATE CLIENT**

July 31, 2021 through August 31, 2021
Primary Account: ●●●●●●●●●7978

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 08/02 | Remote Online Deposit | 1 | $1,507.37 |
| 08/02 | Remote Online Deposit | 1 | 1,507.37 |
| 08/02 | Remote Online Deposit | 1 | 995.47 |
| 08/02 | Remote Online Deposit | 1 | 995.47 |
| 08/02 | Remote Online Deposit | 1 | 995.47 |
| 08/02 | Remote Online Deposit | 1 | 995.47 |
| 08/02 | Remote Online Deposit | 1 | 995.46 |
| 08/02 | Remote Online Deposit | 1 | 995.46 |
| 08/02 | Remote Online Deposit | 1 | 995.46 |
| 08/02 | Remote Online Deposit | 1 | 995.46 |
| 08/02 | Remote Online Deposit | 1 | 897.05 |
| 08/02 | Remote Online Deposit | 1 | 897.05 |
| 08/02 | Remote Online Deposit | 1 | 694.40 |
| 08/05 | Remote Online Deposit | 1 | 1,507.37 |
| 08/05 | Remote Online Deposit | 1 | 897.05 |
| 08/16 | Remote Online Deposit | 1 | 1,507.37 |
| 08/16 | Remote Online Deposit | 1 | 1,507.37 |
| 08/16 | Remote Online Deposit | 1 | 995.46 |
| 08/16 | Remote Online Deposit | 1 | 995.46 |
| 08/16 | Remote Online Deposit | 1 | 897.05 |
| 08/16 | Remote Online Deposit | 1 | 897.05 |
| 08/24 | Remote Online Deposit | 1 | 1,507.37 |
| 08/24 | Remote Online Deposit | 1 | 1,212.85 |
| 08/24 | Remote Online Deposit | 1 | 995.47 |
| 08/24 | Remote Online Deposit | 1 | 995.47 |
| 08/31 | Interest Payment | | 0.14 |
| **Total Deposits and Additions** | | | **$27,382.44** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|-----------|-------------|-----------|--------|
| 136 ^ | | 08/12 | $15,886.32 |
| 137 ^ | | 08/24 | 441.20 |
| **Total Checks Paid** | | | **$16,327.52** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | | AMOUNT |
|------|-------------|---|---|--------|
| 08/09 | Chubb-Prs    Ins.Prem  Prs | Web ID: 4●●●●●96 | | $5,279.32 |
| 08/12 | Lipa         Online Pay ●●●●●●●04 | Web ID: ●●●●●001 | | 2,348.93 |
| 08/17 | Quarterly Fee   Payment   6Ocis1828G1 | Web ID: ●●●●●602 | | 12,033.96 |
| 08/17 | Winters Bros Li  EFT Pymt  ●●●●●●47 | Web ID: ●●●●●620 | | 86.90 |
| **Total Electronic Withdrawals** | | | | **$19,749.11** |

**CHASE PRIVATE CLIENT**

July 31, 2021 through August 31, 2021
Primary Account: ●●●●●●●●●●07978

## CHASE PRIVATE CLIENT SAVINGS

MYINT J KYAW

Account Number: ●●●●●●●●●9050



## SAVINGS SUMMARY

| | AMOUNT |
|---|---|
| Beginning Balance | $0.22 |
| Ending Balance | $0.22 |
| Annual Percentage Yield Earned This Period | 0.00% |

You earned a higher interest rate on your Chase Private Client Savings account during this statement period because you had a qualifying Chase Private Client Checking account.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
 • Your name and account number
 • The dollar amount of the suspected error
 • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

**CHASE PRIVATE CLIENT**

July 31, 2021 through August 31, 2021
Primary Account: ███████7978

This Page Intentionally Left Blank

2:32 PM

09/07/21

## Jeffrey Wu
## Reconciliation Summary
### Preferred Bank CD 5911, Period Ending 08/31/2021

|  | Aug 31, 21 |
|---|---|
| Beginning Balance | 37,562.81 |
| Cleared Transactions | |
| Deposits and Credits - 1 Item | 19.14 |
| Total Cleared Transactions | 19.14 |
| Cleared Balance | 37,581.95 |
| Register Balance as of 08/31/2021 | 37,581.95 |
| Ending Balance | 37,581.95 |

2:32 PM

09/07/21

# Jeffrey Wu
## Reconciliation Detail
### Preferred Bank CD 5911, Period Ending 08/31/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Beginning Balance | | | | | | 37,562.81 |
| Cleared Transactions | | | | | | |
| Deposits and Credits · 1 Item | | | | | | |
| Deposit | 08/06/2021 | | | X | 19.14 | 19.14 |
| Total Deposits and Credits | | | | | 19.14 | 19.14 |
| Total Cleared Transactions | | | | | 19.14 | 19.14 |
| Cleared Balance | | | | | 19.14 | 37,581.95 |
| Register Balance as of 08/31/2021 | | | | | 19.14 | 37,581.95 |
| Ending Balance | | | | | 19.14 | 37,581.95 |



Account: #▓▓▓▓▓▓11 Current Time: 09/07/21 9:59:26 AM

Current Balance: $37,581.95

| Date ⌄ | Ref/Check No | Description | Debit | Credit | Balance |
|--------|--------------|-------------|-------|--------|---------|
| 08/06/2021 | | Interest Added Back | | $19.14 | $37,581.95 |
| Totals: | | Transactions: 1 | Debits: $0.00 | Credits: $19.14 | |

# Jeffrey Wu
## Reconciliation Summary
### Preferred Bank CD 6667, Period Ending 08/31/2021

|  | Aug 31, 21 |
|---|---|
| Beginning Balance | 8,379.92 |
| Cleared Transactions |  |
| Deposits and Credits - 1 Item | 4.28 |
| Total Cleared Transactions | 4.28 |
| Cleared Balance | 8,384.20 |
| Register Balance as of 08/31/2021 | 8,384.20 |
| Ending Balance | 8,384.20 |

2:41 PM

09/07/21

# Jeffrey Wu
## Reconciliation Detail
### Preferred Bank CD 6667, Period Ending 08/31/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Beginning Balance | | | | | | 8,379.92 |
|     Cleared Transactions | | | | | | |
|         Deposits and Credits - 1 item | | | | | | |
| Deposit | 08/20/2021 | | | X | 4.28 | 4.28 |
|     Total Deposits and Credits | | | | | 4.28 | 4.28 |
|     Total Cleared Transactions | | | | | 4.28 | 4.28 |
| Cleared Balance | | | | | 4.28 | 8,384.20 |
| Register Balance as of 08/31/2021 | | | | | 4.28 | 8,384.20 |
| Ending Balance | | | | | 4.28 | 8,384.20 |



Account: ██████ 667 Current Time: 09/07/21 9:59:34 AM

Current Balance: $8,384.20

| Date ▼ | Ref/Check No | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 08/20/2021 | | Interest Added Back | | $4.28 | $8,384.20 |
| Totals: | | Transactions: 1 | Debits: $0.00 | Credits: $4.28 | |

# Jeffrey Wu
## Reconciliation Summary
### Preferred Bank Checking 0122, Period Ending 08/31/2021

|  | Aug 31, 21 |
|---|---|
| **Beginning Balance** | 1,119.39 |
| Cleared Transactions |  |
| Deposits and Credits - 1 Item | 0.04 |
| **Total Cleared Transactions** | 0.04 |
| **Cleared Balance** | 1,119.43 |
| Register Balance as of 08/31/2021 | 1,119.43 |
| **Ending Balance** | 1,119.43 |

2:49 PM
09/07/21

# Jeffrey Wu
## Reconciliation Detail
### Preferred Bank Checking 0122, Period Ending 08/31/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Beginning Balance | | | | | | 1,119.39 |
| Cleared Transactions | | | | | | |
| Deposits and Credits - 1 Item | | | | | | |
| Deposit | 08/10/2021 | | | X | 0.04 | 0.04 |
| Total Deposits and Credits | | | | | 0.04 | 0.04 |
| Total Cleared Transactions | | | | | 0.04 | 0.04 |
| Cleared Balance | | | | | 0.04 | 1,119.43 |
| Register Balance as of 08/31/2021 | | | | | 0.04 | 1,119.43 |
| Ending Balance | | | | | 0.04 | 1,119.43 |



Account_____122 Current Time: 09/07/21 9:59:56 AM

Current Balance: $1,119.43
Available Balance: $1,119.43

| Date ▽ | Ref/Check No | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 08/10/2021 | | Interest Deposit | | $0.04 | $1,119.43 |
| Totals: | . | Transactions: 1 | Debits: $0.00 | Credits: $0.04 | |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re   Myint Kyaw a/k/a Jeffrey Wu                Case No.:    B20-72407-A736
                 Debtor                     Reporting Period:    08/01 - 08/31/21

**BALANCE SHEET - continuation Sheet**

| | Market Value on (KBB.COM) 08/31/21 | Loan Balance on 08/31/21 | Book Value on 08/31/21 | Market Value on Petition Date 07/08/2020 | Loan Balance on Petition Date 07/08/2020 | Book Value on Petition Date 07/08/2020 |
|---|---|---|---|---|---|---|
| **Schedule A:** | | | | | | |
| **Property:** | | | | | | |
| **Vehicles:** | | | | | | |
| 2009 Porsche Cayenne | 15,800.00 | | 15,800.00 | 15,800.00 | - | 15,800.00 |
| 2010 Bentley Continental | 60,000.00 | 5,564.40 | 54,435.60 | 60,000.00 | 18,029.69 | 41,970.31 |
| 2011 Land Rover Range Rover | Sold to Dealer 01/21/21 | | - | 13,000.00 | - | 13,000.00 |
| 2014 Audi R8 | 70,000.00 | - | 70,000.00 | 70,000.00 | 23,506.49 | 46,493.51 |
| 2015 Land Rover Range Rover | 43,000.00 | | 43,000.00 | 43,000.00 | - | 43,000.00 |
| 2015 Rolls Royce Wraith | 120,000.00 | 67,601.37 | 52,398.63 | 120,000.00 | 92,133.56 | 27,866.44 |
| 2016 Land Rover Range Rover | 50,000.00 | | 50,000.00 | 50,000.00 | - | 50,000.00 |
| 2019 BMW X7 | Insurance Claim - Total Loss 12/20 | | - | 67,000.00 | 49,118.40 | 17,881.60 |
| Total Vehicles | 358,800.00 | 73,165.77 | 285,634.23 | 438,800.00 | 182,788.14 | 256,011.86 |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:  Myint Kyaw a/k/a Jeffrey Wu
        Debtor

Case No.:         820-72407-A738
Reporting Period:  08/01 - 08/31/21

**BALANCE SHEET - continuation sheet**

Other Assets:
  Schedule B -
    Investment - Partnership -

| % Interest | Description and Location of Property | Book Value | Appraised Value | Market Value | O/S Mortgage/Debt (Creditor) | Net Value |
|---|---|---|---|---|---|---|
| 50 | Flushing Landmark Realty LLC<br>41-60 Main Street,<br>Flushing, Queens, New York 11355<br>93,500 square Feet 3-story commercial retail/office building. | $2,278,572<br>(May 31, 2021) | $60,000,000<br>(October 12, 2018) | $48,000,000 | $52,642,446<br>41-60 Main Street LLC (Bluestone)<br>C/O Kriss & Feuerstein LLP<br>360 Lexington Avenue, 12th Floor,<br>New York NY 10017<br><br>$75,000<br>SBA EIDL Loan<br><br>$59,938<br>(Default Judgement)<br>East West Bank<br>C/O Sher Tremonte LLP<br>90 Broad Street, 23rd Floor<br>New York, NY 10004 | ($4,777,385) |
| 50 | Flushing Landmark Realty Mezz LLC<br>133-38 Sanford Avenue, Suite # PHB,<br>Flushing, New York 11355<br>Interest Holder of Flushing Landmark Realty LLC | $0<br>(May 31, 2021) | - | $0 | $6,063,406<br>Landmark Portfolio Mezz LLC<br>C/O Kriss and Feuerstein LLP<br>360 Lexington Avenue, Suite 1200<br>New York NY 10017 | ($6,063,406) |
| 50 | Lucky Star-Deer Park LLC<br>377 Carlls Path,<br>Deer Park, New York 11729<br>184,000 square feet - 4 Buildings for Truck Terminal/Warehouse. | $1,951,341<br>(May 31, 2021) | $13,500,000<br>(April 17, 2019) | $12,150,000 | $8,123,553<br>41-60 Main Street LLC (Bluestone)<br>C/O Kriss and Feuerstein LLP<br>360 Lexington Avenue, 12th Floor,<br>New York, NY 10017<br><br>$75,000<br>SBA EIDL Loan<br><br>$33,491<br>Judgement<br>Cameron Engineering | $3,917,956 |
| 50 | Lucky Star-Deer Park Mezz LLC<br>133-38 Sanford Avenue, Suite # PHB,<br>Flushing, New York 11355<br>Interest Holder of Lucky Star Deer Park LLC | $0<br>(May 31, 2021) | - | $0 | $952,188<br>Landmark Portfolio Mezz LLC<br>C/O Kriss and Feuerstein LLP<br>360 Lexington Avenue, Suite 1200<br>New York NY 10017 | ($952,188) |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| In re: | Myint Kyaw a/k/a Jeffrey Wu | | | | | Case No.: | 820-72407-A736 |
|---|---|---|---|---|---|---|---|
| | Debtor | | | | | Reporting Period: | 08/01 - 08/31/21 |

**BALANCE SHEET - continuation sheet**

**Other Assets:**
**Schedule B -**
  **Investment - Partnership -**

| %<br>Interest | Description and Location of Property | Book Value | Appraised Value | Market Value | O/S Mortgage/Debt<br>(Creditor) | Net Value |
|---|---|---|---|---|---|---|
| 99 | 130 Bowery LLC<br>133-38 Sanford Avenue, Suite # PHB,<br>Flushing, New York 11355<br>Commercial Property Owner - Triple Net Lease to CVS Drug Store. # 6801 | $2,249,581<br>(December 31, 2020) | - | $2,103,206 | $1,011,138<br>Wells Fargo Bank, N.A.<br>299 South Main Street, 12th Floor,<br>Salt Lake City, Utah 94111 | $1,092,068 |
| 100 | VWU868 LLC<br>133-38 Sanford Avenue, Suite # PHB,<br>Flushing, New York 11355<br>Interest Holder of 841,646 + 3,710,601 shares ($ 15.77/share) of GTJ Realty LP<br>(equivalent 22.1629 % Interest holder of GTJ Realty LP) | $0<br>(May 31, 2021) | - | $71,788,935 | $1,226,460<br>ZBB Bridge Capital LLC<br>450 Lexington Avenue,<br>New York, NY 10017 | $70,562,475 |
| 47.9 | Hong Kong Supermarket of Allston LLC<br>1 Brighton Avenue,<br>Allston, MA 02134<br>Asian Supermarkets | $0<br>(May 31, 2021) | - | $1,437,000 | $3,536,157<br>Hay Market Capital LLC<br>C/O Meister Seilig and Fein LLP<br>125 Park Avenue, 7th Floor<br>New York NY 10017 | ($781,157) |
| 44 | Hong Kong Supermarket of Malden LLC<br>188 Commercial Street<br>Malden, MA 02148<br>Asian Supermarket | $0<br>(May 31, 2021) | - | $1,320,000 | | |
| 99 | Super HK, HG LLC<br>12565 Carson Street,<br>Hawaiian Gardens, CA 90716<br>Asian Supermarket - closed | $0<br>(May 31, 2021) | - | $0 | $0 | $0 |
| 95 | Wu's Enterprise LLC<br>133-38 Sanford Avenue, Suite # PHB,<br>Flushing, NY 11355<br>Retail Investor | $120,193<br>(December 31, 2020) | - | $120,193 | $0 | $120,193 |
| | Total Investment - Partnership | | | $138,919,334 | $73,800,779 | $63,118,555 |

Page 2 of 2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| In re: | Myint Kyaw a/k/a Jeffrey Wu | | | | Case No.: | 820-72407-A738 |
|---|---|---|---|---|---|---|
| | Debtor | | | | Reporting Period: | 08/01 - 08/31/21 |

**BALANCE SHEET - continuation sheet**

Other Assets:
  Schedule C -
    Investment - Incorporated Companies -

| %
Interest | Description and Location of Property | Book Value | Appraised Value | Market Value | O/S Mortgage/Debt
(Creditor) | Net Value |
|---|---|---|---|---|---|---|
| 50 | WuMac Inc.
100 Aviation Blvd.,
South Portland, ME 04106
Commercial Aircraft Owner | $2,834,523
(July 31, 2020) | - | $3,000,000 | $666,606
Shareholder's advance | $2,333,394 |
| 50 | Victoria Towers Development Corp.
133-38 Sanford Avenue,
Flushing, New York 11355
Commercial Property Developer | $25,840,264
(April 30, 2021) | $28,191,897
(July 26, 2019)
(48 unsold units) | $25,372,707 | $8,814,449
41-60 Main Street LLC (Bluestone)
C/O Kriss and Feuerstein LLP
360 Lexington Avenue, 12th Floor,
New York, NY 10017 | ($5,973,202) |
| | | | | | $12,608,333
American Chengyi Investment Management Inc.
40-22 College Point Blvd., Suite PH 2L,
Flushing, NY 11354 | |
| | | | | | $10,680,329
Sanford Avenue Partner LLC
C/O Kravit Partners, LLC
79 Madison Avenue, Suite 1200
New York, NY 10017 | |
| | | | | | $1,236,798
(Judgement)
Sam Sprei
C/O Kravat and Vogel LLP
555 Fifth Ave., 14th Floor
New York NY 10017-9257 | |
| 50 | Victoria Towers Development Mezz Corp.
133-38 Sanford Avenue, Suite # PHB,
Flushing, New York 11355
Interest Holder of Commercial Property Developer. | $0 | $0 | $0 | $798,954.49
Landmark Portfolio Mezz LLC
C/O Kriss and Feuerstein LLP
360 Lexington Avenue, Suite 1200
New York NY 10017 | ($798,954) |
| 100 | Queen Elizabeth Realty Corp.
68 - 80 Elizabeth Street
NY NY
Commercial Condominium Owner. -
- 28,002 S/F Retail/Storage. | $3,163,413
(May 31, 2021) | $35,600,000
(February 4, 2019) | $32,220,000 | $19,180,252
Bank of America N.A.
P.O. Box 105463
Atlanta GA 30348-5463 | $713,743 |
| | | | | | $10,356,844
41-60 Main Street LLC (Bluestone) | |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| In re: | Myint Kyaw a/k/a Jeffrey Wu | | | | Case No.: | 820-72407-A738 |
|---|---|---|---|---|---|---|
| | Debtor | | | | Reporting Period: | 08/01 - 08/31/21 |

BALANCE SHEET - continuation sheet

**Other Assets:**
Schedule C -
   Investment - Incorporated Companies -

| %<br>Interest | Description and Location of Property | Book Value | Appraised Value | Market Value | O/S Mortgage/Debt<br>(Creditor) | Net Value |
|---|---|---|---|---|---|---|
| | | | | | C/O Kriss and Feuerstein LLP<br>360 Lexington Avenue, 12th Floor,<br>New York, NY 10017 | |
| | | | | | $150,000<br>SBA EIDL Loan | |
| | | | | | $1,840,160<br>Landmark Portfolio Mezz LLC<br>C/O Kriss and Feuerstein LLP<br>360 Lexington Avenue, Suite 1200<br>New York NY 10017 | |
| 100 | Hong Kong Distribution Corp.<br>55-01 Maspeth Avenue,<br>Maspeth, NY 11378<br>Warehouse and Distribution Center | $0<br>(May 31, 2021) | - | $0 | $0 | $0 |
| 100 | Hong Kong Supermarket of Hester Street Corp.<br>157 Hester Street,<br>New York, New York 10013<br>Asian Supermarket | $1,804,267<br>(December 31, 2019) | - | $3,000,000 | $0 | $3,000,000 |
| 100 | Hong Kong Supermarket Holding Corp.<br>133-38 Sanford Avenue, Suite # PHA,<br>Flushing, New York 11355<br>Asian Supermarket Holding Company | $0 | - | $4,000,000 | $0 | $4,000,000 |
| 100 | Hong Kong Supermarket of Pennsylvania Inc. (sub-s Corp.)<br>571 Adams Avenue,<br>Philadelphia, PA 19124<br>Asian Supermarket | | | | | |
| 100 | Hong Kong Supermarket of Elmhurst Inc. (sub-s Corp.)<br>82 - 02 45 Avenue,<br>Elmhurst, New York 11373<br>Lease holder - Property Management | | | | | |
| 100 | Hong Kong Plaza Management Corp. (sub-s Corp.)<br>133-38 Sanford Avenue, Suite # PHB,<br>Flushing, New York 11355<br>Leaseholder - Property Management | | | | | |
| 51 | Super HK Supermarket of Flushing LP (51 % owned by Holding Corp.) | $1,856,078 | - | | | |

Page 2 of 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:        Myint Kyaw a/k/a Jeffrey Wu _____        Case No.:        820-72407-A735
              Debtor                                                         Reporting Period:  08/01 - 08/31/21

**BALANCE SHEET - continuation sheet**

Other Assets:
  Schedule C -
      Investment - Incorporated Companies -

| % Interest | Description and Location of Property | Book Value (December 31, 2019) | Appraised Value | Market Value | O/S Mortgage/Debt (Creditor) | Net Value |
|---|---|---|---|---|---|---|
| | 37 - 11 Main Street, Flushing, New York 11354 Asian Supermarket | | | | | |
| | Total Investment - Incorporated Companies | $35,496,544 | | $87,592,707 | $84,317,726 | $3,274,981 |