# SCHILLER, KNAPP, LEFKOWITZ & HERTZEL, LLP

*Attorneys and Counselors at Law*

15 Cornell Road, Latham, NY 12110
(518) 786-9069     Fax: (518) 786-1246*
*Not For Service of Any Litigation Papers
(ALL REPLIES TO LATHAM OFFICE)

October 18, 2021

Hon. Robert E. Grossman
United States Bankruptcy Court
Alfonse M. D`Amato Federal Courthouse
290 Federal Plaza
Central Islip, NY 11722

    Re:    Myint Kyaw aka Jeffrey Wu
               Case No. 20-72407-REG (Chapter 11)

Dear Judge Grossman:

    On behalf of our client, TD Auto Finance, LLC, an Objection to Confirmation of the Plan was filed and is scheduled to be heard on October 25, 2021.

    This letter is to inform you that the objection is hereby withdrawn.

    I thank the Court for its kind attention in this matter. Should the Court have any questions or require anything further, please do not hesitate to contact our office.

    Respectfully,
    Schiller, Knapp, Lefkowitz & Hertzel, LLP

    */s/ Martin A. Mooney*

    Martin A. Mooney, Esq.

MAM/ks

cc:    Marc A. Pergament, Esq.
        Lori Lapin Jones, Esq.

---

Vermont Office: PO Box 872, 5527 Main Street, Waitsfield, VT 05673 (802) 225-8351
Pennsylvania Office: 525 West Chester Pike, Suite 200, Havertown, PA 19083
New Jersey Office: 716 Newman Springs Road, Lincroft, NJ 07738 (518) 786-9069
*Richard A. Gerbino, Esq. is the responsible attorney for the law firm`s NJ office.*

Schiller, Knapp, Lefkowitz & Hertzel, LLP, is an LLP formed in the State of New York