# Weinberg, Gross & Pergament LLP

## ATTORNEYS AT LAW

Suite 403
400 Garden City Plaza
Garden City, New York 11530

Marc A. Pergament
*Partner*

Telephone: (516) 877-2424 Ext. 226
Facsimile: (516) 877-2460
Email: mpergament@wgplaw.com

November 19, 2021

VIA ECF
Honorable Robert E. Grossman
United States Bankruptcy Judge
United States Bankruptcy Court
Alfonse M. D'Amato Courthouse
290 Federal Plaza
Central Islip, New York  11722

         Re: Myint Kyaw a/k/a Jeffrey Wu
            <u>Case No. 820-72407-A736</u>

Dear Judge Grossman:

  This firm is counsel to the Debtor in the above-referenced Chapter 11 case.

  Please be advised that the Debtor hereby withdraws his motion for the retention of Giambalvo, Stalzer & Company, CPAs, P.C. as the Debtor's accountants (ECF No. 250).

  In the event Your Honor has any questions, kindly have Chambers contact me.

           Respectfully yours,

           Marc A. Pergament

MAP:js

cc: Via E-Mail matt@lesnickprince.com
   Matthew A. Lesnick, Esq.
   Lesnick Prince & Pappas LLP

   Via E-Mail - ljones@jonespllc.com
   Lori Lapin Jones, Esq.
   Lori Lapin Jones PLLC

   Via E-Mail - sl@lhmlawfirm.com
   Salvatore LaMonica, Esq.
   LaMonica Herbst & Maniscalco, LLP