UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:                                                                  Chapter 11

MYINT KYAW a/k/a JEFFREY WU,                               Case No.: 8-20-72407-reg

                         Debtor.
----------------------------------------------------------x

## AGENDA FOR MATTERS SCHEDULED FOR HEARING ON
## FEBRUARY 14, 2022 AT 10:00 A.M.

1. Application for Compensation for Anchin Block & Anchin LLP [ECF No. 299]

    a. Objection Deadline: February 7, 2022

    b. Objection Filed: No

    c. Status: Going forward

2. Application for Compensation for Robert S. Rosenfeld as Examiner [ECF No. 301] and Supplement to Application [ECF No. 343]

    a. Objection Deadline: February 7, 2022

    b. Objection Filed: No

    c. Status: Going forward

3. Application for Compensation for RSR Consulting LLC as Financial Consultants to Examiner [ECF No. 302] and Supplement to Application [ECF No. 343]

    a. Objection Deadline: February 7, 2022

    b. Objection Filed: No

    c. Status: Going forward

4. Application for Compensation for Cullen and Dykman LLP as Counsel to Examiner [ECF No. 303] and Supplement to Application [ECF No. 343]

    a. Objection Deadline: February 7, 2022

    b. Objection Filed: No

    c. Status: Going forward