

365 RIFLE CAMP ROAD
WOODLAND PARK, NEW JERSEY 07424
973-247-9000
973-247-9199 (FAX)

1500 LAWRENCE AVENUE
CN7807
OCEAN, NEW JERSEY 07712
732-922-1000
732-922-6161 (FAX)

214 CARNEGIE CENTER
SUITE 112
PRINCETON, NEW JERSEY 08540
609-751-5551

140 GRAND STREET
SUITE 705
WHITE PLAINS, NEW YORK 10601
800-569-3886

41 UNIVERSITY DRIVE
SUITE 400
NEWTOWN, PENNSYLVANIA 18940
267-757-8792

www.ansellgrimm.com

JAMES G. AARON
ALLISON ANSELL ✧ †
BRIAN E. ANSELL ‡
MITCHELL J. ANSELL
JOSHUA S. BAUCHNER ♦
MICHAEL V. BENEDETTO
RICK BRODSKY ♦
DAVID J. BYRNE ▫
PETER S. FALVO, JR.
PETER B. GRIMM
ROBERT A. HONECKER, JR. ▫ §
JASON S. KLEIN ♦
JENNIFER S. KRIMKO
DONNA L. MAUL ●
LAWRENCE H. SHAPIRO ♦ ▫
DAVID B. ZOLOTOROFE

EDWARD J. AHEARN
KELSEY M. BARBER
ELYSA D. BERGENFELD
KRISTINE M. BERGMAN ▫
MARK R. BITTNER
BARRY M. CAPP ♦ ∆
ALFRED M. CASO
KEVIN M. CLARK
ANTHONY J. D'ARTIGLIO ♦
DOUGLAS A. DAVIE ♦
CRAIG D. GOTTILLA ♦ ▫
DAVID E. LANG
NICOLE D. MILLER ▫
RAHOOL PATEL ♦
FREDERICK C. RAFFETTO ~
SETH M. ROSENSTEIN ♦
PRISCILLA SAINT-LAURENT
MELANIE J. SCROBLE
TARA K. WALSH ♦
ANDREA B. WHITE ♦ ●
ASHLEY V. WHITNEY ♦
ZACHARY L. WINDHAM ~ ^ ■ * ♦
JESSICA T. ZOLOTOROFE

COUNSEL
HON. ANTHONY J. MELLACI, JR., J.S.C. (RET)
STACEY R. PATTERSON ♦
JAMES A. SYLVESTER
ROY W. HIBBERD ∆ ∇
HON. RAYMOND A. HAYSER, J.T.C. (RET)
GEORGE A. MCGOWAN III

RETIRED
ROBERT I. ANSELL
LISA GOLDWASSER ♦

IN MEMORIAM
LEON ANSCHELEWITZ (1929-1986)
MAX M. BARR (1929-1993)
MILTON M. ABRAMOFF (1935-2004)
DAVID K. ANSELL† (1962-2019)
RICHARD B. ANSELL ‡ (1942-2021)

LICENSED ALSO IN:
∆ D.C. ✧ MASS. ♦ N.Y. * WASH.
▫ PENN. FLA. ∇CALIF. ■ CO OR

† FELLOW, AMERICAN
ACADEMY OF MATRIMONIAL
LAWYERS

‡ CERTIFIED BY THE SUPREME
COURT OF NEW JERSEY AS A
CIVIL TRIAL ATTORNEY

§ CERTIFIED BY THE SUPREME
COURT OF NEW JERSEY AS A
CRIMINAL TRIAL ATTORNEY

● CERTIFIED BY THE SUPREME
COURT OF NEW JERSEY AS A
MATRIMONIAL LAW ATTORNEY

**Reply to: Woodland Park**
**Telephone:  (973) 247-9000**
**Fax:  (973) 247-9199**
**E-mail:  ajd@ansellgrimm.com**

May 12, 2022

**Via Electronic Filing**
Hon. Robert E. Grossman
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

      Re:    *In re:  Myint Kyaw* - Case No.:  8-20-72407 (REG)
              *Harary Group, LLC v. Myint Kyaw* – Adv. No.:  8-20-08162 (REG)

Dear Judge Grossman:

      Please be advised that pursuant to Rule 2090-1 of the Local Rules for the United States Bankruptcy Courts for the Eastern District of New York, I respectfully withdraw as an attorney of record for Plaintiff/Creditor Harary Group, LLC because I will no longer be associated with the law firm of Ansell Grimm & Aaron, P.C. after May 13, 2022.  At least one other attorney at Ansell Grimm & Aaron, P.C. remains counsel of record.

      Therefore, I hereby request that the Court grant my withdrawal and that my appearance be terminated from the docket.  I thank the Court for its attention hereto.

                                  Respectfully submitted,

AJD/cs                              *s/Anthony J. D'Artiglio*
                                    Anthony J. D'Artiglio, Esq.