

**U.S. Department of Justice**

Office of the United States Trustee
Eastern District of New York (Central Islip Division)

---

*Alfonse M. D'Amato Federal Courthouse*    Telephone:  (631) 715-7800
*560 Federal Plaza*                         Fax:        (631) 715-7777
*Central Islip, New York 11722-4456*

## *CONVERTED CASE MEMORANDUM*

TO:            Case Administration- Judge Team for Grossman

FROM:          William K. Harrington
               United States Trustee

PREPARED BY:   Joann C. Lomangino

DATE:          July 6, 2022

RE:            Appointment of Chapter 7 Trustee – Converted Case From Chapter **11** to Chapter **7**- And Scheduling of Section 341(a) Meeting to be noticed by Clerk's Office

---

The below listed case has been reviewed.

Lori Lapin Jones, Esq., has been selected as interim trustee for this case.   Her address is c/o Lori Lapin Jones PLLC, 98 Cutter Mill Road - Suite 255 South, Great Neck, New York 11021.

The 341 (a) meeting for the case will be held at 560 Federal Plaza, Room 562, Central Islip, New York 11722, on August 9, 2022 at 10:00a.m.

### *CONVERTED CHAPTER 11 CASE TO CHAPTER 7 ASSET CASE*

Myint Kyaw                          **Case No. 8-20-72407-reg**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

In Re:

Myint Kyaw                    Case No. 8-20-72407-reg

**Debtor.**

---

**APPOINTMENT OF INTERIM TRUSTEE AND**
**DESIGNATION OF REQIRED BOND**

---

Lori Lapin Jones of Great Neck, New York, is hereby appointed, pursuant to 11 U.S.C. 701(a) as interim Trustee for the estate(s) of the above named debtor(s). See 11 U.S.C. 701(c). If no trustee is elected, you shall serve as the Trustee in this case by operation of law. 11 U.S.C. 702(d).

The amount of your bond is covered by the bond of Interim Trustees in Chapter 7 cases issued by Liberty Mutual Insurance Company which is on filed with the Office. See 11 U.S.C. 322(a) Federal Rules of Bankruptcy Procedure 2010(a). In addition, because your blanket acceptance of appointment is on file (FRBP 2008; FRBP 2010(a)), you are required to notify the undersigned in writing within five (5) business days after receipt of this notice only in the event you reject this appointment.

Dated:   Central Islip, New York
         July 6, 2022

                                        WILLIAM K. HARRINGTON
                                      UNITED STATES TRUSTEE

                By:    */s/ Christine H. Black*
                      Christine H. Black
                      Assistant United States Trustee
                      Long Island Federal Courthouse
                      560 Federal Plaza
                      Central Islip, New York 11722
                      Tel. No. (631) 715-7800