MURPHY & KING P.C.
Charles R. Bennett, Jr.
28 State Street
Boston, Massachusetts 02109
(617) 423 0400
cbennett@murphyking.com
*Attorneys for Haymarket Capital LLC*

UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re: Chapter 7
Myint Kyaw a/k/a Jeffrey Wu, Case No. 8:20-72407-REG
Debtor.
------------------------------------------------------------ x

**HAYMARKET CAPITAL, LLC'S JOINDER IN MEZZANINE LENDER'S (I) OMNIBUS MOTION SEEKING RECONSIDERATION, RECOVERSION OR STAY PENDING APPEAL**

TO THE HONORABLE ROBERT E. GROSSMAN,
UNITED STATES BANKRUPTCY JUDGE:

Haymarket Capital LLC (Haymarket) by and through its attorneys, Murphy & King P.C. respectfully submits this joinder in the omnibus motion [ECF No. 459] (the "Omnibus Motion") of Landmark Portfolio Mezz LLC (the "Mezz Lender"), a creditor of Myint Kyaw a/k/a Jeffrey Wu (the "Debtor"), requesting reconsideration of the order converting this case to chapter 7 (the "Conversion Order"), reconversion of the chapter 7 case back to chapter 11, or alternatively, granting a stay pending appeal, and respectfully states as follows:

**JOINDER**

1. The parties, including Haymarket, have worked diligently and cooperatively to achieve a consensual, confirmable chapter 11 plan. Haymarket after good faith discussions, has reached an agreement as to the treatment of its claims and is prepared to accept a substantially reduced payout in order to assist the Debtor in confirming the Amended Plan.

2. Haymarket strongly believe that confirmation of the Amended Plan will yield results for creditors far in excess of the results that would be had in a chapter 7 liquidation. Haymarket does not believe it is in the interests of creditors to proceed with a liquidation of the Debtors

assets under Chapter 7. . Particularly where it appears every major creditor involved in these cases has reached agreement and supports the Amended Plan.

3. Haymarket supports confirmation of the Amended Plan, which collectively incorporates the stipulations reached amongst the various parties in these cases including the Stipulation reached with Haymarket. Accordingly, Haymarket joins in the relief sought in the Motion and urges this Court to reverse the Conversion Order or reconvert the case back to chapter 11.

**WHEREFORE**, Haymarket Capital LLC requests that this Court enter the order requested in the Motion and grant such other and further relief as this honorable Court may deem just and proper.

Dated: July 8, 2022

        HAYMARKET CAPITAL LLC
        By its Attorneys
        MURPHY & KING P.C

        */s/ Charles R. Bennett, Jr.*
        Charles R Bennett, Jr.
        28 State Street
        Boston, Massachusetts 02109
        (617) 423 0400
        cbennett@murphyking.com

## CERTIFICATE OF SERVICE

I, Charles R. Bennett, Jr., hereby certify that on July 8, 2022, I caused a copy of the foregoing document to be served electronically through the Court's ECF System upon the registered participants as identified on the Notice of Electronic Filing.

        /s/ Charles R. Bennett, Jr.
        Charles R. Bennett, Jr.

811229