UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:                                                                    Chapter 7

MYINT KYAW a/k/a JEFFREY WU,                          Case No.: 20-72407-reg

                       Debtor.
---------------------------------------------------------x

**ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT AND RETENTION OF RK CONSULTANTS LLC AS FINANCIAL ADVISORS TO THE CHAPTER 7 TRUSTEE**

Upon the application ("Application") of Lori Lapin Jones, Esq., solely in her capacity as interim Chapter 7 Trustee ("Chapter 7 Trustee") of the estate of Myint Kyaw a/k/a Jeffrey Wu ("Debtor"), seeking entry of an Order authorizing and approving the employment of RK Consultants LLC ("RKC") as financial advisors to the Chapter 7 Trustee effective as July 6, 2022; and upon the declaration of Brian Ryniker on behalf of RKC, which is attached to the Application; and the Court being satisfied that: (i) RKC neither represents nor holds any interest adverse to the Chapter 7 Trustee or to the Debtor's estate; (ii) RKC is a "disinterested person" as that term is defined in section 101(14) of title 11 of the United States Code ("Bankruptcy Code"); and (iii) the employment of RKC is necessary and would be in the best interest of the Debtor's estate; and upon the Order scheduling a hearing on shortened notice of the Application; and upon the record of the hearing conducted on July 25, 2022; it is now hereby

**ORDERED** that, in accordance with section 327(a) of the Bankruptcy Code, the employment and retention of RKC financial advisors to the Chapter 7 Trustee is authorized and approved; and, it is further

**ORDERED** that RKC shall be compensated in accordance with and will file interim and final fee applications for allowance of its compensation and expenses and shall be subject to

sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and applicable law; and, it is further

**ORDERED** that, except as set forth in the Application and Declaration with respect to RKC's rate increases as of August 1, 2022, prior to any increases in RKC's rates in this case, RKC shall file a supplemental affidavit with the Bankruptcy Court and provide ten business days' notice to the Chapter 7 Trustee and the United States Trustee. The supplemental affidavit shall explain the basis for the requested rate increases in accordance with section 330(a)(3)(F) of the Bankruptcy Code and state whether the Chapter 7 Trustee has consented to the rate increase. The United States Trustee retains all rights to object to any rate increase on all grounds including, but not limited to, the reasonableness standard provided for in section 330 of the Bankruptcy Code; and, it is further

**ORDERED** that the authorization granted to the Trustee in this Order shall apply to the Chapter 7 Trustee as interim and permanent Chapter 7 Trustee; and, it is further

**ORDERED** that the Court shall retain jurisdiction to hear and to determine all matters arising from or related to implementation of this Order.



**Dated: Central Islip, New York**  
**July 27, 2022**

**Robert E. Grossman**  
**United States Bankruptcy Judge**