**LaMONICA HERBST & MANISCALCO, LLP**                    **Relates to a Hearing on October 3, 2022**
*Counsel to Lori Lapin Jones, Esq., Chapter 7 Trustee*
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
Telephone: (516) 826-6500
Salvatore LaMonica, Esq.
Holly R. Holecek, Esq.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re:                                                    Chapter 7

MYINT KYAW a/k/a JEFFREY WU,                              Case No.: 8-20-72407-reg

                              Debtor.
--------------------------------------------------------x

**NOTICE OF CORRECTION TO MOTION SEEKING ENTRY OF AN ORDER: (I) AUTHORIZING AND APPROVING AN INITIAL REDEMPTION OF CERTAIN LIMITED PARTNERSHIP UNITS OF GTJ REALTY, LP; (II) AUTHORIZING THE CHAPTER 7 TRUSTEE TO TAKE ALL STEPS NECESSARY IN CONNECTION WITH THE INITIAL REDEMPTION; (III) DIRECTING THE PROCEEDS FROM THE INITIAL REDEMPTION BE PAID TO THE CHAPTER 7 TRUSTEE; (IV) AUTHORIZING THE CHAPTER 7 TRUSTEE TO PAY AND SATISFY THE ALLOWED SECURED CLAIM OF ZEE BRIDGE CAPITAL, LLC FROM THE PROCEEDS IN ACCORDANCE WITH THE COURT-APPROVED SETTLEMENT; (V) AUTHORIZING THE CHAPTER 7 TRUSTEE TO TAKE ALL STEPS NECESSARY IN CONNECTION WITH THE DISSOLUTION OF VWU888, LLC; (VI) AUTHORIZING THE CHAPTER 7 TRUSTEE TO PAY ESTATE TAXES; <u>AND (VII) GRANTING RELATED RELIEF</u>**

        **PLEASE TAKE NOTICE THAT** the first paragraph of the motion dated September 16,

2022 ("<u>Motion</u>") [ECF No. 526] is hereby corrected as indicated below (changes in bold and

underline):

        Lori Lapin Jones, Esq., solely in her capacity as Chapter 7 Trustee ("<u>Chapter 7 Trustee</u>")
        of the estate of Myint Kyaw a/k/a Jeffrey Wu ("<u>Debtor</u>"), by her undersigned counsel,
        seeks entry of an Order, pursuant to sections 105 and 363 of Title 11 of the United States
        Code ("<u>Bankruptcy Code</u>"): (i) authorizing and approving the redemption of **<u>limited
        partnership units of GTJ Realty LP representing the equivalent of 1,400,000 shares</u>**
        ("<u>Initial Redemption</u>") for the sum of $16,800,000 ("<u>Initial Proceeds</u>"), without prejudice
        to the Chapter 7 Trustee's right to seek to redeem and/or sell additional limited partnership
        units of GTJ Realty LP ("<u>GTJ Realty</u>"); (ii) authorizing the Chapter 7 Trustee to take all
        steps necessary in connection with the Initial Redemption; (iii) directing GTJ Realty to pay
        the Initial Proceeds to the Chapter 7 Trustee; (iv) authorizing the Chapter 7 Trustee to pay

and satisfy the allowed secured claim of Zee Bridge Capital, LLC ("ZBC") from the Initial Proceeds in accordance with the Court-approved settlement; (v) authorizing the Chapter 7 Trustee to take all steps necessary in connection with the dissolution of VWU888, LLC ("VWU888"), including to pay up to $25,000 from the Initial Proceeds in connection therewith; (vi) authorizing the Chapter 7 Trustee to pay estate taxes; and (vii) granting such other, further and different relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE THAT** the paragraph 12 of the Motion is hereby

corrected as indicated below (changes in bold and underlined):

12.    GTJ Realty is **not** a public company **and** limited partnership units in GTJ Realty, including the LP Interests, are not publicly traded on any exchange.

Dated: September 23, 2022
Wantagh, New York                **LaMONICA HERBST & MANISCALCO, LLP**
                *Counsel to Lori Lapin Jones, Esq., as Chapter 7 Trustee*

                By:    *s/ Holly R. Holecek*
                Holly R. Holecek, Esq.
                Salvatore LaMonica, Esq.
                Partners of the Firm
                3305 Jerusalem Avenue, Suite 201
                Wantagh, New York 11793
                Telephone: (516) 826-6500