UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:                                                                    Chapter 7

MYINT KYAW a/k/a JEFFREY WU,                        Case No.: 8-20-72407-reg

                                   Debtor.
---------------------------------------------------------x

## STIPULATION AND ORDER

**WHEREAS**, on July 8, 2020, Myint Kyaw a/k/a Jeffrey Wu ("Debtor") filed a voluntary petition for relief pursuant to Chapter 11 of title 11 of the United States Code ("Bankruptcy Code") in the United States Bankruptcy Court for the Eastern District of New York ("Court");

**WHEREAS**, by Order dated September 17, 2021 [ECF No. 271], the Court approved the appointment of Lori Lapin Jones, Esq. as Chapter 11 Trustee for the Debtor ("Chapter 11 Trustee");

**WHEREAS**, the Chapter 11 Trustee and the Debtor filed a Second Amended Joint Plan of Reorganization ("Plan") [ECF No. 393];

**WHEREAS**, on June 14, 2022, pursuant to the terms of the Plan, the sum of $3,300,000 was paid to the Chapter 11 Trustee by wire transfer from The Scher Law Firm LLP on behalf of the Debtor's adult children, Victoria Wu, Jeffrey Wu, Jr. and Jefferson Wu (or their wholly-owned limited liability company) as a cash contribution that was to be used to fund the Plan;

**WHEREAS**, pursuant to an Order dated July 6, 2022 [ECF No. 456], the Court converted the Debtor's Chapter 11 case to a Chapter 7 case;

**WHEREAS**, Lori Lapin Jones, Esq. was appointed as Chapter 7 Trustee for the Debtor [ECF No. 457] and, by operation of law, Lori Lapin Jones, Esq. is the permanent Chapter 7 Trustee of the Debtor's estate ("Chapter 7 Trustee");

**WHEREAS**, demand has been made by The Scher Law Firm LLP on behalf of Victoria Wu, Jeffrey Wu, Jr. and Jefferson Wu (or their limited liability companies) for the return of the $3,300,000.

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the Chapter 7 Trustee and Victoria Wu, Jeffrey Wu, Jr. and Jefferson Wu, by their respective undersigned counsel, that:

1. The Chapter 7 Trustee is authorized and directed to disburse the sum of $3,300,000 to Victoria Wu, Jeffrey Wu, Jr. and Jefferson Wu by wire transfer to the IOLA account of The Scher Law Firm LLP pursuant to written wire instructions and a representation that the account is the IOLA account of The Scher Law Firm LLP.

2. The undersigned each represent and warrant that he or she have full authority to execute this Stipulation and Order on behalf of his or her respective client(s) and have obtained all necessary approvals.

3. This Stipulation and Order may be executed in one or more counterparts, including by facsimile and/or electronic mail, each of which shall be deemed an original, but all of which together constitute one and the same instrument.

4. The Court shall retain exclusive jurisdiction over the subject matter of this Stipulation and Order.

Dated: October 24, 2022
        Wantagh, New York

_/s/ Holly R. Holecek_
Holly R. Holecek, Esq.
LaMonica Herbst & Maniscalco, LLP
Counsel to Lori Lapin Jones, Esq., Chapter 7 Trustee
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
Telephone: (516) 826-6500

Dated: September 7, 2022
      Carle Place, New York

*Jonathan L. Scher*
Jonathan L. Scher, Esq.
The Scher Law Firm, LLP
Counsel to Victoria Wu, Jeffrey Wu, Jr. and Jefferson Wu
One Old Country Road, Suite 385
Carle Place, New York 11514
Telephone: (516) 746-5040

**IT IS SO ORDERED.**